FREEDMAN & TAITELMAN, LLP
Bryan J. Freedman, Esq. (SBN 151990)
Jesse Kaplan, Esq. (SBN 255059)
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Tel: (310) 201-0005
Fax: (310) 201-0045

Attorneys for Plaintiff Mario Lavandeira, dba Perez Hilton

FILED
2008 JUL 21 PM 2:22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIO LAVANDEIRA, dba PEREZ HILTON, an individual,

Plaintiff,

v.

INFUSE, LLC, a New Jersey Limited Liability Company d/b/a www.perezrevenge.com; MARGIE E. ROGERS; ELIZABETH SILVER-FAGAN aka ELIZABETH SILVER; and DOES 1 through 10, inclusive,

Defendants.

CASE NO.: CV08-04764 AJWx

PLAINTIFF MARIO LAVANDEIRA'S DISCLOSURE STATEMENT OF INTERESTED PARTIES

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, Plaintiff Mario Lavandeira hereby submits the following disclosure statement of interested parties:

The undersigned, counsel of record for Mario Lavandeira, hereby certifies that Mario Lavandeira is an individual and a nongovernmental party in this action. These representations are

///
///

1

PLAINTIFF MARIO LAVANDEIRA'S DISCLOSURE STATEMENT OF INTERESTED PARTIES

PLAINTIFF MARIO LAVANDEIRA'S DISCLOSURE STATEMENT OF INTERESTED PARTIES

made to enable the Court to evaluate possible disqualification or recusal.

Dated: July 21, 2008

FREEDMAN & TAITELMAN, LLP

By: _____
Bryan J. Freedman, Esq.
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067

2

PLAINTIFF MARIO LAVANDEIRA'S DISCLOSURE STATEMENT OF INTERESTED PARTIES