1  FREEDMAN & TAITELMAN, LLP
   Bryan J. Freedman, Esq. (SBN 151990)
2  Jesse Kaplan, Esq. (SBN 255059)
   1901 Avenue of the Stars, Suite 500
3  Los Angeles, California 90067
   Tel: (310) 201-0005
4  Fax: (310) 201-0045

5
   Attorneys for Plaintiff Mario Lavandeira, dba Perez Hilton
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 MARIO LAVANDEIRA, dba PEREZ           ) CASE NO.: CV 08-04764 GPS (AJWx)
   HILTON, an individual,                )
12                                       )
                                         )
13            Plaintiff,                 ) PROOF OF SERVICE OF SUMMONS
                                         ) AND COMPLAINT ON DEFENDANT
14 v.                                    ) MARGIE E. ROGERS
                                         )
15 INFUSE, LLC, a New Jersey Limited     )
   Liability Company d/b/a               )
16 www.perezrevenge.com; MARGIE E.       )
   ROGERS; ELIZABETH SILVER-             )
17 FAGAN aka ELIZABETH SILVER;           )
   and DOES 1 through 10, inclusive,     )
18                                       )
              Defendants.                )
19                                       )
                                         )
20

1

| AO 440 (Rev. 10/93) Summons in a Civil Action | Proof OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS, COMPLAINT AND JURY DEMAND, ATTACHMENTS**<br>EFFECTED (1) BY ME: **RICARDO GONCALVES**<br>TITLE: **PROCESS SERVER** | DATE: 07/31/2008 10:41PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

MARGIE E. ROGERS

Place where served:

73 BEECHWOOD RD. SUMMIT NJ 07901

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

*Margie E. Rogers*

Relationship to defendant: SELF

Description of person accepting service:

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/31/2008

SIGNATURE OF RICARDO GONCALVES    L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

8/6/08
*N. Zukasky*

NICOLE S. ZUKASKY
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 3, 2011

ATTORNEY: BRIAN J. FREEMAN, ESQ.
PLAINTIFF: MARIO LAVANDEIRA, DBA PEREZ HILTON
DEFENDANT: INFUSE, LLC. ET AL
VENUE: *United States District Court, Central District of California*
DOCKET: 08 CV 04764 GPS AJWX

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.