UNITED STATES DISTRICT COURT        Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
<u>CIVIL MINUTES - GENERAL</u>

Case No.  <u>CV 08-04764</u>                          Date:  <u>August 20, 2008</u>

Title:  <u>*Lavandeira v. Infuse LLC, et al.*</u>
========================================================================
PRESENT:  **THE <u>HONORABLE GEORGE P. SCHIAVELLI</u>, JUDGE**

    <u>Jake Yerke</u>                                  <u>Not Present</u>
    Courtroom Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT DEFENDANTS:

Not Present                          Not Present

PROCEEDINGS:   Order Setting Status Conference Re: Representation
               (In Chambers)

    On August 13, 2008, Defendant Elizabeth Silver, pro se, attempted to file a motion, on behalf of herself[1] and Defendant Infuse LLC, for an extension of time to respond to the complaint filed on July 21, 2008. However, the papers failed to comply with Federal Rule of Civil Procedure 7 and Local Rules 7-3, 7-4, and 7-7, regarding the filing of motions and supporting evidence.

    Moreover, while Defendant Silver may represent herself, she may not represent corporate Defendant Infuse LLC. *See* Local Rule 83-2.5.1; *see also Foley v. Allied Interstate, Inc.*, 312 F. Supp. 2d 1279, 1283 (C.D. Cal. 2004), *citing In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972). Therefore, the Court hereby sets a status conference re: representation for **September 8, 2008 at 11:00 a.m.**  No default is to be entered prior to that time.

**IT IS SO ORDERED.**

---

    [1] The complaint identifies Defendant as Elizabeth Silver-Fagan aka Elizabeth Fagan.

MINUTES FORM 11                                Initials of Deputy Clerk <u>JY</u>
CIVIL - GEN