```
FREEDMAN & TAITELMAN, LLP
Bryan J. Freedman, Esq. (SBN 151990)
Jesse Kaplan, Esq. (SBN 255059)
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Tel: (310) 201-0005
Fax: (310) 201-0045
```

Attorneys for Plaintiff Mario Lavandeira, dba Perez Hilton

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LAVANDEIRA, dba PEREZ HILTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INFUSE, LLC, a New Jersey Limited Liability Company d/b/a www.perezrevenge.com; MARGIE E. ROGERS; ELIZABETH SILVER-FAGAN aka ELIZABETH SILVER; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: CV 08-04764 GPS (AJWx)**<br><br>REQUEST TO ENTER DEFAULT AS TO DEFENDANT INFUSE, LLC<br><br>[Declaration of Bryan J. Freedman filed concurrently herewith] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT

    Plaintiff Mario Lavandeira, dba Perez Hilton ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Infuse, LLC, a New Jersey Limited Liability Company d/b/a www.perezrevenge.com ("Infuse") on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant Infuse on July 24, 2008, evidenced by the proof of service of summons on file with this Court.

1
REQUEST TO ENTER DEFAULT AS TO DEFENDANT INFUSE, LLC

1 | The above stated facts are set forth in the accompanying declaration of Bryan J. Freedman, filed herewith.

Dated: September 29, 2008

FREEDMAN & TAITELMAN, LLP

By: _____
Bryan J. Freedman, Esq.
Attorneys for Plaintiff Mario Lavandeira, dba Perez Hilton

# PROOF OF SERVICE

**UNITED STATES DISTRICT COURT** } ss.
**CENTRAL DISTRICT OF CALIFORNIA**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 500. Los Angeles California 90067.

On September 29, 2008, I served the following document(s) described as **REQUEST TO ENTER DEFAULT AS TO DEFENDANT INFUSE, LLC** on the interested parties in this action as follows:

[X]   by placing a true copy of the document(s) listed above in a sealed envelope(s), with postage thereon fully prepaid, addressed as set forth below. I am readily familiar with the firm's practice for collection and processing of correspondence and other materials for mailing with the United States Postal Service. On this date, I sealed the envelope(s) containing the above materials and placed the envelope(s) for collection and mailing at the address above following our office's ordinary business practices. The envelope(s) will be deposited with the United States Postal Service on this date, in the ordinary course of business.

[]    by placing a true and correct copy of the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill and causing the envelope to be delivered to a Federal Express agent for next business day delivery to the address(es) listed below.

[]    By personally delivering true and correct copies of the document(s) listed above to the person(s) at the address(es) set forth below.

[X]   FEDERAL   I am employed in the office of an attorney who is a member of this court at whose direction I served the above-described document.

Elizabeth Silver-Fagan
10 Ferncliff Terrace
Short Hills, NJ 07078

Infuse, LLC
10 Ferncliff Terrace
Short Hills, NJ 07078

Margie Rogers
73 Beechwood Road
Summit, NJ 07901

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct and that this Proof of Service was executed on September 29, 2008 at Los Angeles, California.

_____
Samantha Shaulis