FREEDMAN & TAITELMAN, LLP
Bryan J. Freedman, Esq. (SBN 151990)
Jesse Kaplan, Esq. (SBN 255059)
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Tel: (310) 201-0005
Fax: (310) 201-0045

Attorneys for Plaintiff Mario Lavandeira, dba Perez Hilton

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LAVANDEIRA, dba PEREZ HILTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INFUSE, LLC, a New Jersey Limited Liability Company d/b/a www.perezrevenge.com; MARGIE E. ROGERS; ELIZABETH SILVER-FAGAN aka ELIZABETH SILVER; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: CV 08-04764 GPS (AJWx)<br><br>DECLARATION OF BRYAN J. FREEDMAN IN SUPPORT OF REQUEST TO ENTER DEFAULT AS TO DEFENDANT INFUSE, LLC<br><br>[Request to Enter Default as to Defendant Infuse, LLC filed concurrently herewith] |

///
///
///
///
///
///
///

---

1

DECLARATION OF BRYAN J. FREEDMAN IN SUPPORT OF REQUEST TO ENTER DEFAULT AS TO DEFENDANT INFUSE, LLC

## DECLARATION OF BRYAN J. FREEDMAN

I, Bryan J. Freedman, declare as follows:

1. I am a member of the State Bar of California and am admitted to practice before this Court. I am a partner of Freedman & Taitelman, LLP and counsel for Plaintiff Mario Lavandeira, dba Perez Hilton ("Plaintiff"). The matters stated below are based on my personal knowledge, unless noticed specifically otherwise. If called as a witness, I could and would testify competently thereto.

2. On July 21, 2008, Plaintiff filed his complaint against Infuse, LLC, dba www.perezrevenge.com, ("Infuse"), Margie E. Rogers and Elizabeth Silver-Fagan aka Elizabeth Silver.

3. Upon information and belief, defendant Infuse is a limited liability company that conducts business in the State of California, and owns and/or maintains the internet website www.perezrevenge.com.

4. On July 24, 2008, defendant Infuse was personally served with copy of the Summons and Complaint through its agent for service of process, Elizabeth Silver.

5. On August 6, 2008, Plaintiff filed the proof of service with the Court. Attached hereto as Exhibit "1" is a true and correct of the proof of service.

6. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Infuse's deadline to file a responsive pleading was due on or before August 13, 2008. To date, Infuse has failed to file its responsive pleading.

I declare under penalty and perjury under the laws of the United States of the foregoing is true and correct.

Executed this 29th day of September, 2008, at Los Angeles, California.

Bryan J. Freedman, Esq.

2
DECLARATION OF BRYAN J. FREEDMAN IN SUPPORT OF REQUEST TO ENTER
DEFAULT AS TO DEFENDANT INFUSE, LLC

1  FREEDMAN & TAITELMAN, LLP
   Bryan J. Freedman, Esq. (SBN 151990)
2  Jesse Kaplan, Esq. (SBN 255059)
   1901 Avenue of the Stars, Suite 500
3  Los Angeles, California 90067
   Tel: (310) 201-0005
4  Fax: (310) 201-0045

5
   Attorneys for Plaintiff Mario Lavandeira, dba Perez Hilton
6

7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11 MARIO LAVANDEIRA, dba PEREZ  )  CASE NO.: CV 08-04764 GPS (AJWx)
12 HILTON, an individual,       )
                                )
13        Plaintiff,             )  PROOF OF SERVICE OF SUMMONS
                                )  AND COMPLAINT ON DEFENDANT
14 v.                            )  INFUSE, LLC
                                )
15 INFUSE, LLC, a New Jersey Limited )
   Liability Company d/b/a      )
16 www.perezrevenge.com; MARGIE E. )
   ROGERS; ELIZABETH SILVER-    )
17 FAGAN aka ELIZABETH SILVER;  )
   and DOES 1 through 10, inclusive, )
18                                )
          Defendants.             )
19 _____ )

20
21
22
23
24
25
26
27
28
                                    1
              PROOF OF SERVICE OF SUMMONS AND COMPLAINT

AO 440 (Rev. 10/93) Summons in a Civil Action    Proof OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, NOTICE, CIVIL COVER SHEET, DISCLOSURE STATEMENT, ATTACHMENTS |
| EFFECTED (1) BY ME: | BRIAN OBIE |
| TITLE: | PROCESS SERVER |
| DATE: | 07/24/2008  05:00PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

INFUSE, LLC.

Place where served:

10 FERNCLIFF TERRACE   SHORT HILLS NJ 07078

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ELIZABETH SILVER

Relationship to defendant: _Agent for Service of process / member / officer_

Description of person accepting service:

SEX: F   AGE: 51-65   HEIGHT: UNDER 5'   WEIGHT: UNDER 100 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: ___ / ___ / 20 ___

SIGNATURE OF BRIAN OBIE  L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

8/6/08
N. Zukasky
NICOLE S. ZUKASKY
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 6, 2011

| | |
|---|---|
| ATTORNEY: | BRYAN J. FREEDMAN, ESQ. |
| PLAINTIFF: | MARIO LAVANDEIRA, ET AL |
| DEFENDANT: | INFUSE, LLC, A NEW JERSEY LIMITED LIABILITY COMPANY DBA WWW.PEREZREVENGE.COM, ET AL |
| VENUE: | _United States District Court, Central District of California_ |
| DOCKET: | CV08 04764 GPS AJWX |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# PROOF OF SERVICE

**UNITED STATES DISTRICT COURT** ⎫
                                                                                 ⎬ ss.
**CENTRAL DISTRICT OF CALIFORNIA** ⎭

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 500. Los Angeles California 90067.

      On September 29, 2008, I served the following document(s) described as **DECLARATION OF BRYAN J. FREEDMAN IN SUPPORT OF REQUEST TO ENTER DEFAULT AS TO DEFENDANT INFUSE, LLC** on the interested parties in this action as follows:

[X]     by placing a true copy of the document(s) listed above in a sealed envelope(s), with postage thereon fully prepaid, addressed as set forth below. I am readily familiar with the firm's practice for collection and processing of correspondence and other materials for mailing with the United States Postal Service. On this date, I sealed the envelope(s) containing the above materials and placed the envelope(s) for collection and mailing at the address above following our office's ordinary business practices. The envelope(s) will be deposited with the United States Postal Service on this date, in the ordinary course of business.

[]     by placing a true and correct copy of the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill and causing the envelope to be delivered to a Federal Express agent for next business day delivery to the address(es) listed below.

[]     By personally delivering true and correct copies of the document(s) listed above to the person(s) at the address(es) set forth below.

[X]     FEDERAL     I am employed in the office of an attorney who is a member of this court at whose direction I served the above-described document.

Elizabeth Silver-Fagan
10 Ferncliff Terrace
Short Hills, NJ 07078

Infuse, LLC
10 Ferncliff Terrace
Short Hills, NJ 07078

Margie Rogers
73 Beechwood Road
Summit, NJ 07901

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct and that this Proof of Service was executed on September 29, 2008 at Los Angeles, California.

                                                      */s/ Samantha Shaulis*
                                                        Samantha Shaulis