FREEDMAN & TAITELMAN, LLP
Bryan J. Freedman, Esq. (SBN 151990)
Jesse Kaplan, Esq. (SBN 255059)
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Tel: (310) 201-0005
Fax: (310) 201-0045

Attorneys for Plaintiff Mario Lavandeira, dba Perez Hilton

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LAVANDEIRA, dba PEREZ HILTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INFUSE, LLC, a New Jersey Limited Liability Company d/b/a www.perezrevenge.com; MARGIE E. ROGERS; ELIZABETH SILVER-FAGAN aka ELIZABETH SILVER; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: CV 08-04764 GAF (AJWx)**<br><br>REQUEST TO ENTER DEFAULT AS TO DEFENDANT ELIZABETH SILVER-FAGAN AKA ELIZABETH SILVER<br><br>[Declaration of Bryan J. Freedman filed concurrently herewith] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff Mario Lavandeira, dba Perez Hilton ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Elizabeth Silver-Fagan aka Elizabeth Silver ("Fagan") on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant Fagan on July 24, 2008, evidenced by the proof of service of summons on file with this Court.

1  The above stated facts are set forth in the accompanying declaration of Bryan J.
2  Freedman, filed herewith.

4  Dated: October 31, 2008             FREEDMAN & TAITELMAN, LLP

6                                      By: _____
7                                      Bryan J. Freedman, Esq.
                                       Attorneys for Plaintiff Mario Lavandeira,
                                       dba Perez Hilton