1  FREEDMAN & TAITELMAN, LLP
   Bryan J. Freedman, Esq. (SBN 151990)
2  Jesse Kaplan, Esq. (SBN 255059)
   1901 Avenue of the Stars, Suite 500
3  Los Angeles, California 90067
   Tel: (310) 201-0005
4  Fax: (310) 201-0045

5

   Attorneys for Plaintiff Mario Lavandeira, dba Perez Hilton
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | MARIO LAVANDEIRA, dba PEREZ      ) CASE NO.: CV 08-04764 GAF (AJWx)
   | HILTON, an individual,           )
12 |                                   ) DECLARATION OF BRYAN J.
   |        Plaintiff,                 ) FREEDMAN IN SUPPORT OF
13 |                                   ) REQUEST TO ENTER DEFAULT AS
   | v.                                ) TO DEFENDANT ELIZABETH
14 |                                   ) SILVER-FAGAN AKA ELIZABETH
   | INFUSE, LLC, a New Jersey Limited ) SILVER
15 | Liability Company d/b/a           )
   | www.perezrevenge.com; MARGIE E.   ) [Request to Enter Default as to
16 | ROGERS; ELIZABETH SILVER-         ) Defendant Elizabeth Silver-Fagan aka
   | FAGAN aka ELIZABETH SILVER;       ) Elizabeth Silver filed concurrently
17 | and DOES 1 through 10, inclusive, ) herewith]
   |                                   )
18 |        Defendants.                )
   |                                   )
19 | _____ )
                                       )
20

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

# DECLARATION OF BRYAN J. FREEDMAN

I, Bryan J. Freedman, declare as follows:

1. I am a member of the State Bar of California and am admitted to practice before this Court. I am a partner of Freedman & Taitelman, LLP and counsel for Plaintiff Mario Lavandeira, dba Perez Hilton ("Plaintiff"). The matters stated below are based on my personal knowledge, unless noticed specifically otherwise. If called as a witness, I could and would testify competently thereto.

2. On July 21, 2008, Plaintiff filed his complaint against Infuse, LLC, dba www.perezrevenge.com, Margie E. Rogers and Elizabeth Silver-Fagan aka Elizabeth Silver ("Fagan").

3. Upon information and belief, Fagan is neither a minor or an incompetent person.

4. On July 24, 2008, Fagan was personally served with copy of the Summons and Complaint.

5. On August 6, 2008, Plaintiff filed the proof of service with the Court. Attached hereto as Exhibit "1" is a true and correct of the proof of service.

6. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Fagan's deadline to file a responsive pleading was due on or before August 13, 2008.

7. On September 26, 2008, the Honorable George P. Schiavelli held a Status Conference regarding defendants' representation.

8. On September 26, 2008, the Court granted Fagan's application for an extension of time to respond to the complaint and ordered Fagan to file a responsive pleading by 5:00 p.m. on October 27, 2008. Attached hereto as Exhibit "2" is a true and correct copy of the Court's Minutes.

9. To date, Fagan has failed to file a responsive pleading.

///
///
///

1  I declare under penalty and perjury under the laws of the United States of the
2  foregoing is true and correct.
3  Executed this 31st day of October, 2008, at Los Angeles, California.

Bryan J. Freedman, Esq.

# EXHIBIT "1"

FREEDMAN & TAITELMAN, LLP
Bryan J. Freedman, Esq. (SBN 151990)
Jesse Kaplan, Esq. (SBN 255059)
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Tel: (310) 201-0005
Fax: (310) 201-0045

Attorneys for Plaintiff Mario Lavandeira, dba Perez Hilton

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LAVANDEIRA, dba PEREZ HILTON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> INFUSE, LLC, a New Jersey Limited Liability Company d/b/a www.perezrevenge.com; MARGIE E. ROGERS; ELIZABETH SILVER-FAGAN aka ELIZABETH SILVER; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: CV 08-04764 GPS (AJWx) <br><br> PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT ELIZABETH SILVER-FAGAN aka ELIZABETH SILVER |

1

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

| AO 440 (Rev. 10/93) Summons in a Civil Action | Proof OF SERVICE | |
|---|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, NOTICE, CIVIL COVER SHEET, DISCLOSURE STATEMENT, ATTACHMENTS | |
| EFFECTED (1) BY ME: | BRIAN OBIE | |
| TITLE: | PROCESS SERVER | DATE: 07/24/2008 05:00PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

ELIZABETH SILVER-FAGAN AKA ELIZABETH SILVER

Place where served:

10 FERNCLIFF TERRACE SHORT HILLS NJ 07078

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ELIZABETH SILVER-FAGAN AKA ELIZABETH SILVER

Relationship to defendant: SELF

Description of person accepting service:

SEX: F   AGE: 51-65   HEIGHT: UNDER 5'   WEIGHT: UNDER 100 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: ___/___/20___

SIGNATURE OF BRIAN OBIE   L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

8/6/08

NICOLE S. ZUKASKY
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sep...

ATTORNEY: BRYAN J. FREEDMAN, ESQ.
PLAINTIFF: MARIO LAVANDEIRA, ET AL
DEFENDANT: INFUSE, LLC, A NEW JERSEY LIMITED LIABILITY COMPANY DBA WWW.PEREZREVENGE.COM
VENUE: United States District Court, Central District of California
DOCKET: CV08 04764 GPS AJWX

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT "2"

UNITED STATES DISTRICT COURT    Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CIVIL MINUTES - GENERAL

Case No.   CV 08-04764-GPS(AJWx)            Date:  September 26, 2008

Title:   _Lavandeira   v.   Infuse   LLC,   et   al._
==================================================================
PRESENT:      THE HONORABLE GEORGE P. SCHIAVELLI,    JUDGE

        Jake Yerke                           Rosalyn Adams
      Courtroom Clerk                        Court Reporter

ATTORNEYS FOR PLAINTIFFS:           ATTORNEYS FOR DEFENDANTS:

Bryan J. Freedman                   Elizabeth Silver, pro se
Jesse A. Kaplan                          (telephonically)
                                    Margie Rogers, pro se
                                         (telephonically)

PROCEEDINGS:   Status Conference re: Representation
               Order Extending Time to Respond

   The Court held a status conference re: the representation of Defendant Infuse, LLC ("Infuse"). Defendant Elizabeth Silver indicated that she did not intend to obtain counsel for Infuse. Plaintiff shall proceed with the entry of default as to Infuse.

   The Court **GRANTED** Defendants Silver and Margie Rogers' (the "Individual Defendants") motions for an extension of time to respond to the complaint. The Individual Defendants are to file responsive pleadings by **5:00 p.m. on October 27, 2008.**

**IT IS SO ORDERED.**

                                                           :10 mins

MINUTES FORM 11                        Initials of Deputy Clerk JY
CIVIL - GEN