1  FREEDMAN & TAITELMAN, LLP
   Bryan J. Freedman, Esq. (SBN 151990)
2  Jesse Kaplan, Esq. (SBN 255059)
   1901 Avenue of the Stars, Suite 500
3  Los Angeles, California 90067
   Tel: (310) 201-0005
4  Fax: (310) 201-0045

5
   Attorneys for Plaintiff Mario Lavandeira, dba Perez Hilton
6

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

11 | MARIO LAVANDEIRA, dba PEREZ HILTON, an individual, | CASE NO.: CV 08-04764 GAF (AJWx) |
|---|---|
| Plaintiff, | REQUEST TO ENTER DEFAULT AS TO DEFENDANT MARGIE E. ROGERS |
| v. | |
| INFUSE, LLC, a New Jersey Limited Liability Company d/b/a www.perezrevenge.com; MARGIE E. ROGERS; ELIZABETH SILVER-FAGAN aka ELIZABETH SILVER; and DOES 1 through 10, inclusive, | [Declaration of Bryan J. Freedman filed concurrently herewith] |
| Defendants. | |

21     TO THE CLERK OF THE ABOVE-ENTITLED COURT

22     Plaintiff Mario Lavandeira, dba Perez Hilton ("Plaintiff") hereby requests that

23  the Clerk of the above-entitled Court enter default in this matter against defendant

24  Margie E. Rogers ("Rogers") on the ground that said defendant has failed to appear or

25  otherwise respond to the complaint within the time prescribed by the Federal Rules of

26  Civil Procedure. Plaintiff served the complaint on defendant Rogers on July 31,

27  2008, evidenced by the proof of service of summons on file with this Court.

28  ///

1  The above stated facts are set forth in the accompanying declaration of Bryan J.
2  Freedman, filed herewith.

4  Dated: October 31, 2008                    FREEDMAN & TAITELMAN, LLP

6                                              By: /s/ Bryan J. Freedman
7                                              Bryan J. Freedman, Esq.
                                                Attorneys for Plaintiff Mario Lavandeira,
                                                dba Perez Hilton