1 FREEDMAN & TAITELMAN, LLP
2 Bryan J. Freedman, Esq. (SBN 151990)
  Jesse Kaplan, Esq. (SBN 255059)
  1901 Avenue of the Stars, Suite 500
3 Los Angeles, California 90067
  Tel: (310) 201-0005
4 Fax: (310) 201-0045

5
  Attorneys for Plaintiff Mario Lavandeira, dba Perez Hilton
6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| MARIO LAVANDEIRA, dba PEREZ HILTON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> INFUSE, LLC, a New Jersey Limited Liability Company d/b/a www.perezrevenge.com; MARGIE E. ROGERS; ELIZABETH SILVER-FAGAN aka ELIZABETH SILVER; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: CV 08-04764 GAF (AJWx) <br><br> DECLARATION OF BRYAN J. FREEDMAN IN SUPPORT OF REQUEST TO ENTER DEFAULT AS TO DEFENDANT MARGIE E. ROGERS <br><br> [Request to Enter Default as to Defendant Margie E. Rogers filed concurrently herewith] |

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

<u>DECLARATION OF BRYAN J. FREEDMAN</u>

I, Bryan J. Freedman, declare as follows:

1. I am a member of the State Bar of California and am admitted to practice before this Court. I am a partner of Freedman & Taitelman, LLP and counsel for Plaintiff Mario Lavandeira, dba Perez Hilton ("Plaintiff"). The matters stated below are based on my personal knowledge, unless noticed specifically otherwise. If called as a witness, I could and would testify competently thereto.

2. On July 21, 2008, Plaintiff filed his complaint against Infuse, LLC, dba www.perezrevenge.com, Margie E. Rogers ("Rogers") and Elizabeth Silver-Fagan aka Elizabeth Silver.

3. Upon information and belief, Rogers is neither a minor or an incompetent person.

4. On July 31, 2008, Rogers was personally served with copy of the Summons and Complaint.

5. On August 6, 2008, Plaintiff filed the proof of service with the Court. Attached hereto as Exhibit "1" is a true and correct of the proof of service.

6. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Rogers' deadline to file a responsive pleading was due on or before August 20, 2008.

7. On September 26, 2008, the Honorable George P. Schiavelli held a Status Conference regarding defendants' representation.

8. On September 26, 2008, the Court granted Rogers' application for an extension of time to respond to the complaint and ordered Rogers to file a responsive pleading by 5:00 p.m. on October 27, 2008. Attached hereto as Exhibit "2" is a true and correct copy of the Court's Minutes.

9. To date, Rogers has failed to file a responsive pleading.

///
///
///

1  I declare under penalty and perjury under the laws of the United States of the
2  foregoing is true and correct.
3  Executed this 31st day of October, 2008, at Los Angeles, California.

Bryan J. Freedman, Esq.

# EXHIBIT "1"

1  FREEDMAN & TAITELMAN, LLP
   Bryan J. Freedman, Esq. (SBN 151990)
2  Jesse Kaplan, Esq. (SBN 255059)
   1901 Avenue of the Stars, Suite 500
3  Los Angeles, California 90067
   Tel: (310) 201-0005
4  Fax: (310) 201-0045

5
   Attorneys for Plaintiff Mario Lavandeira, dba Perez Hilton
6

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

11 MARIO LAVANDEIRA, dba PEREZ         ) CASE NO.: CV 08-04764 GPS (AJWx)
   HILTON, an individual,              )
12                                     )
                                       )
13         Plaintiff,                  ) PROOF OF SERVICE OF SUMMONS
                                       ) AND COMPLAINT ON DEFENDANT
14 v.                                  ) MARGIE E. ROGERS
                                       )
15 INFUSE, LLC, a New Jersey Limited   )
   Liability Company d/b/a             )
16 www.perezrevenge.com; MARGIE E.     )
   ROGERS; ELIZABETH SILVER-           )
17 FAGAN aka ELIZABETH SILVER;         )
   and DOES 1 through 10, inclusive,   )
18                                     )
           Defendants.                 )
19                                     )
                                       )
20 _____

21

22

23

24

25

26

27

28
                                        1
   _____
              PROOF OF SERVICE OF SUMMONS AND COMPLAINT

AO 440 (Rev. 10/93) Summons in a Civil Action — Proof OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT AND JURY DEMAND, ATTACHMENTS |
| EFFECTED (1) BY ME: | RICARDO GONCALVES |
| TITLE: | PROCESS SERVER |
| DATE: | 07/31/2008 10:41PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

MARGIE E. ROGERS

Place where served:

73 BEECHWOOD RD.   SUMMIT NJ 07901

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Margie E. Rogers

Relationship to defendant: SELF

Description of person accepting service:

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/31/2008

SIGNATURE OF RICARDO GONCALVES
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

8/6/08
N. Zukasky

| | |
|---|---|
| ATTORNEY: | BRIAN J. FREEMAN, ESQ. |
| PLAINTIFF: | MARIO LAVANDEIRA, DBA PEREZ HILTON |
| DEFENDANT: | INFUSE, LLC, ET AL |
| VENUE: | United States District Court, Central District of California |
| DOCKET: | 08 CV 04764 GPS AJWX |

NICOLE S. ZUKASKY
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 9, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT "2"

UNITED STATES DISTRICT COURT                    Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CIVIL MINUTES - GENERAL

Case No.   CV 08-04764-GPS(AJWx)                    Date:  September 26, 2008

Title:   *Lavandeira  v.  Infuse  LLC,  et  al.*
==================================================================
PRESENT:   THE **HONORABLE GEORGE P. SCHIAVELLI**,   JUDGE

        Jake Yerke                       Rosalyn Adams
     Courtroom Clerk                Court Reporter

ATTORNEYS FOR PLAINTIFFS:           ATTORNEYS FOR DEFENDANTS:

Bryan J. Freedman                   Elizabeth Silver, pro se
Jesse A. Kaplan                          (telephonically)
                                    Margie Rogers, pro se
                                         (telephonically)

PROCEEDINGS:   Status Conference re: Representation
               Order Extending Time to Respond

   The Court held a status conference re: the representation of Defendant Infuse, LLC ("Infuse"). Defendant Elizabeth Silver indicated that she did not intend to obtain counsel for Infuse. Plaintiff shall proceed with the entry of default as to Infuse.

   The Court **GRANTED** Defendants Silver and Margie Rogers' (the "Individual Defendants") motions for an extension of time to respond to the complaint. The Individual Defendants are to file responsive pleadings by **5:00 p.m. on October 27, 2008.**

**IT IS SO ORDERED.**




                                                       :10 mins


MINUTES FORM 11                     Initials of Deputy Clerk  JY
CIVIL - GEN