**LINKS: 42, 43**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 08-4764 GAF (AJWx) | Date | January 22, 2009 |
|---|---|---|---|
| Title | Mario Lavandeira v. Infuse, LLC et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**     **(In Chambers)**

## CASE MANAGEMENT ORDER

The Court is presently considering Defendant Elizabeth Silver-Fagan's motion for attorneys' fees and sanctions, which is scheduled for hearing on February 9, 2009. (Docket No. 42.) Yesterday, Plaintiff filed a motion for default judgment against Defendant Infuse, LLC and violated Local Rule 6-1 when he noticed it for hearing on January 26, 2009, in three business days. (Docket No. 43.) Local Rule 6-1 provides:

> The notice of motion shall be filed with the Clerk and served on each of the parties either by deposit in the mail or by personal service. If mailed, the notice of motion shall be served not later than twenty-four (24) days before the Motion Day designated in the notice. If served personally, the notice of motion shall be served not later than twenty-one (21) days before the Motion Day designated in the notice. The notice of motion and all moving papers in support thereof shall be filed with the Clerk not less than twenty (20) days prior to the Motion Day for which the matter is noticed.

C.D. Cal. R. 6-1.

**LINKS: 42, 43**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4764 GAF (AJWx) | Date | January 22, 2009 |
|---|---|---|---|
| Title | Mario Lavandeira v. Infuse, LLC et al. | | |

    The Court will hear both parties' motions together. On the Court's own motion, both matters are **CONTINUED** to Monday, February 23, 2009. The parties' opposition briefs are due on Monday, February 2, 2009. The parties' reply briefs are due on Monday, February 9, 2009.

    IT IS SO ORDERED.