1  FREEDMAN & TAITELMAN, LLP
   Bryan J. Freedman, Esq. (SBN 151990)
2  Jesse Kaplan, Esq. (SBN 255059)
   1901 Avenue of the Stars, Suite 500
3  Los Angeles, California 90067
   Tel: (310) 201-0005
4  Fax: (310) 201-0045

5
   Attorneys for Plaintiff Mario Lavandeira, dba Perez Hilton
6

7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11                                    ) CASE NO.: CV 08-04764 GPS (AJWx)
   MARIO LAVANDEIRA, dba PEREZ        )
12 HILTON, an individual,            ) DECLARATION OF BRYAN J.
                                      ) FREEDMAN IN OPPOSITION TO: 1)
13              Plaintiff,            ) DEFENDANT ELIZABETH SILVER'S
                                      ) MOTION FOR ATTORNEY FEES
14 v.                                 ) AND SANCTIONS; AND 2)
                                      ) DEFENDANT ELIZABETH SILVER'S
15 INFUSE, LLC, a New Jersey Limited  ) CROSS-MOTION
   Liability Company d/b/a            )
16 www.perezrevenge.com; MARGIE E.    ) [Opposition to Motion for Attorney Fees
   ROGERS; ELIZABETH SILVER-          ) and Sanctions and Opposition to Cross-
17 FAGAN aka ELIZABETH SILVER;        ) Motion concurrently herewith]
   and DOES 1 through 10, inclusive,  )
18                                    )
                Defendants.           )
19                                    )
                                      )
20                                    )

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28
                                    1
        DECLARATION OF BRYAN J. FREEDMAN IN OPPOSITION TO: 1)
   DEFENDANT ELIZABETH SILVER'S MOTION FOR ATTORNEY FEES AND
   SANCTIONS; AND 2) DEFENDANT ELIZABETH SILVER'S CROSS-MOTION

## DECLARATION OF BRYAN J. FREEDMAN

I, Bryan J. Freedman, declare as follows:

1.      I am a member of the State Bar of California and am admitted to practice before this Court. I am a partner of Freedman & Taitelman, LLP and counsel for Plaintiff Mario Lavandeira, dba Perez Hilton ("Plaintiff"). The matters stated below are based on my personal knowledge, unless noticed specifically otherwise. If called as a witness, I could and would testify competently thereto.

### Infuse's Default Was Willful

2.      On July 21, 2008, Plaintiff filed his complaint against Infuse, LLC, dba www.perezrevenge.com ("Infuse"), Margie E. Rogers ("Rogers") and Elizabeth Silver-Fagan aka Elizabeth Silver ("Silver"). Plaintiff alleges, and defendants do not dispute that Infuse was the owner of www.perezrevenge.com (the "Infringing Website").

3.      On July 24, 2008, Silver and Infuse personally served with copy of the Summons and Complaint. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Infuse and Silvers' deadline to file a responsive pleading was due on or before August 13, 2008.

4.      On August 13, 2008, Silver attempted to file a motion, on behalf of herself and defendant Infuse for an extension of time to respond to the complaint.

5.      On August 20, 2008, the Court issued an Order responding to that motion. Noting that defendant Silver may not represent corporate defendant Infuse, the Court set a conference regarding representation for September 8, 2008. Attached hereto as **Exhibit "1"** is a true and correct of the Court's August 20, 2008, Order.

6.      Despite the Court's Order, on August 25, 2008, defendant Silver again attempted to file the same motion, setting a September 15, 2008, hearing date. Defendant Rogers attempted to file an almost identical motion.

DECLARATION OF BRYAN J. FREEDMAN IN OPPOSITION TO: 1)
DEFENDANT ELIZABETH SILVER'S MOTION FOR ATTORNEY FEES AND
SANCTIONS; AND 2) DEFENDANT ELIZABETH SILVER'S CROSS-MOTION

1    7.    On August 27, 2008, the Court issued an Order responding to those
2    motions.  The Court noted that "However, they failed to take notice of this Courts'
3    earlier order, in violation of Local Rule 7-17, nor did they sufficiently address the
4    issue of representation for Defendant Infuse, LLC." The Court continued the
5    conference regarding representation to September 15, 2008.  Attached hereto as
6    **Exhibit "2"** is a true and correct of the Court's August 27, 2008, Order.

7    8.    On September 26, 2008, the Court held a Status Conference regarding
8    defendants' representation. At that conference, the Court once again advised Silver
9    that Infuse could only appear by counsel and that its failure to do so would result in a
10   default being entered against it.  Silver indicated that Infuse would not do so.

11   9.    On September 26, 2008, the Court ordered Rogers and Silver to file a
12   responsive pleading by 5:00 p.m. on October 27, 2008.  Based on Silver-Fagan's
13   representation that she would not retain counsel to represent Infuse, the Court
14   instructed Plaintiff to proceed with the entry of default against Infuse.  Attached
15   hereto as **Exhibit "3"** is a true and correct of the Court's September 26, 2008, Order.

16   10.   On September 29, 2008, Plaintiff filed a Request for Entry of Default
17   against Infuse.  On September 30, 2008, the Clerk of the Court entered a default
18   against Infuse.

19                    **Plaintiff's Basis For Personal Jurisdiction**
20

21   11.   Attached hereto as **Exhibit "4,"** is a true and correct copy of an Infuse
22   press release dated June 9, 2008 that was apparently directed to celebrity publicists.
23   It states that "We have created www.perezrevenge.com as a means for celebrities to
24   reach their audiences as fast as possible." "Our site, www.perezrevenge.com has been
25   created to give a positive, truthful, media outlet space to celebrities, their publicists,
26   friends, and families.  The entertainment industry is aware of the need for media
27
28
                                          3
     DECLARATION OF BRYAN J. FREEDMAN IN OPPOSITION TO: 1)
     DEFENDANT ELIZABETH SILVER'S MOTION FOR ATTORNEY FEES AND
     SANCTIONS; AND 2) DEFENDANT ELIZABETH SILVER'S CROSS-MOTION

1  presence in their lives." It further states that "We will only accept news from the
2  celebrities themselves, as well as their personal publicists."

3       12.   It goes on to solicit these publicists and celebrities: "We CANNOT do
4  this without you. Our success will be measured by our ability to help the public
5  realize there is more to the news, than biased blogging based on an individual's
6  personal opinion. As charming as we may be, we NEED your help to achieve this.
7  Publicists, we want and need to be your new Best Friends. We want our number on
8  speed dial , and perhaps even a coveted spot in your Blackberry address book. . .
9  www.perezrevemge.com will only be able to accomplish its goal with your
10 participation. We are open to affiliations as well as any suggestions that you may
11 have. We would love to have creative, devoted people who believe the merits of this
12 site."

13      13.   It claims that "We are unique because, PerezRevenge™.com will only
14 accept celebrities and their publicists as members, and guarantees them immunity
15 from having their information altered twisted in any way."

16      14.   It claims that "Perezrevenge™.com can offer:

17        ●   Affiliation with a respected web site within the entertainment
18             industry that is dedicated to delivering exclusive celebrity
19             generated content and news.
20        ●   Logo placement on R Time, the "Home" page
21             PereRevenge™.com.
22        ●   Featured Charity/Foundation information within R Time, R Life
23             and R Trends.
24        ●   Branded and product placement opportunities for you and your
25             affiliates.
26        ●   Strategic placement within our site in various locations and on
27             various pages."

28
4
DECLARATION OF BRYAN J. FREEDMAN IN OPPOSITION TO: 1)
DEFENDANT ELIZABETH SILVER'S MOTION FOR ATTORNEY FEES AND
SANCTIONS; AND 2) DEFENDANT ELIZABETH SILVER'S CROSS-MOTION

15. Attached hereto as **Exhibit "5"** are true and correct copies of a printouts from the Infringing Website's Myspace page. Since June 2008, the Infringing Website's Myspace page indicated that the Infringing Website's editor was located in **Los Angeles, California**. It also contained a link to the Infringing Website. The "about me" section promotes the Infringing Website and encourages celebrities and their publicists to email the Infringing Website's editor at editor@perezrevenge.com.

16. Likewise, the Infringing Website's editor posted a "letter from the Editor." Its states "I would like to take this time to welcome everyone to the Myspace page for PerezRevenge.com." The letter goes on to state "Everything on the website is EXCLUSIVE celebrity written content. This letter is signed by the Editor "M." Likewise, it contains the same language as the June 9, 2008 Press Release discussed above (*See* Exhibit 5).

17. In the Infringing Website's latest "about us" section, Silver states "Since PerezRevenge™.com first launched Margie and I have been asked many times what PerezRevenge™.com is all about; The Hollywood Community and Music Industry has been in desperate need of a forum dedicated to the truth, and respected on the internet" (emphasis added). Silver goes on to state that "In just a few short months we have become a trusted website, and in a few more we will see the Hollywood community's support for us grow and become a force to be reckoned." A true and correct copy of a screen shot of the Infringing Website's "about us" section is attached hereto as **Exhibit "6."**

18. The Infringing Website's allows visitors to "Join Hollywood's Most LOVED Website." In order to join, visitors create a unique username and password. A visitor must also provide defendants with information such as the visitor's email address. The application includes a detailed license agreement and privacy policy that visitors are required to execute in order to join.. This licensing agreement states in pertinent part, "PerezRevenge.com™ does NOT **sell products** for children, **but it**

1   **does sell them to adults, who can purchase with a credit card**." (Emphasis added).

2   A true and correct copy of a screen shot of the application and a printout of this

3   application, licensing agreement and privacy policy are attached hereto as **Exhibit**

4   **"7."**

5       19.   The Infringing Website's application also includes a detailed Privacy

6   Policy that visitors are required to execute in order to join.  In the context of

7   "cookies" that the Infringing Website places on registered user's computers, the

8   privacy policy states in pertinent part, "Cookies are alphanumeric identifiers that we

9   transfer to your computer's hard drive through your Web browser to enable our

10  systems to recognize your browser and to provide features such as personalized

11  greetings and storage of items in your Shopping Cart between visits."  It also states

12  that "We work to protect the security of your information during transmission by

13  using Secure Sockets Layer (SSL) software, which encrypts information you input.

14  We reveal only the last five digits of your credit card numbers when confirming an

15  order. Of course, we transmit the entire credit card number to the appropriate credit

16  card company during order processing." (*See* Exhibit 7).

17      20.   True and correct copies of examples of the various banner

18  advertisements located throughout the website are attached hereto as **Exhibit "8."**

19      21.   The Infringing Website promote and advertise California events.  They

20  include the following posts: 1) Post entitled "If you're in Los Angeles OR NYC."

21  dated August 3, 2008 (promoting Rolling Stone Live event at Los Angeles, CA

22  nightclub); 2) Post entitled "If you are in L.A....." dated August 6, 2008 (promoting

23  Red Star Soul event at Los Angeles, CA nightclub); 3) Post entitled "If you are in the

24  L.A. area..." dated August 11, 2008 (promoting Rock & Republic event at West

25  Hollywood, CA hotel); 4) Post entitled "What is Hot in Hollywood" dated August 12,

26  2008 (promoting Hot in Hollywood event at Los Angeles, CA nightclub); 5) Post

27  entitled "If you are in L.A....." dated August 13, 2008 (promoting GenLux magazine

28

6

DECLARATION OF BRYAN J. FREEDMAN IN OPPOSITION TO: 1)
DEFENDANT ELIZABETH SILVER'S MOTION FOR ATTORNEY FEES AND
SANCTIONS; AND 2) DEFENDANT ELIZABETH SILVER'S CROSS-MOTION

1  event at Los Angeles, CA hotel); 6) Post entitled "It's Almost MTV VMA time!"
2  dated September 2, 2008 (promoting 944 event at Los Angeles, CA nightclub); 7)
3  Post entitled "If you're in L.A...," dated September 19, 2008 (promoting Samantha
4  Ronson event at West Hollywood, CA nightclub); 8) Post entitled "Joel Madden to
5  guest DJ at fashion Week L.A." dated October 8, 2008 (promoting 944 event at Los
6  Angeles, CA nightclub); 9) Post entitled "Perezrevenge.com readers: If You are in
7  L.A." dated October16, 2008 (promoting vodka launch event at Los Angeles, CA
8  nightclub); 10) Post entitled "***TODAY*** "Get Smart" with HUGO BOSS and
9  win a Smart Car - Be just like Steve Carell and Anne Hathaway!" dated December 9
10 2008 (promoting Hugo Boss event at its Los Angeles, CA retail location); 11) Post
11 entitled "If you're in San Francisco...." dated September 19, 2008 (promoting HBO
12 and Ben Sherman event at Ben Sherman's San Francisco, CA retail location); and 12)
13 Post entitled "Jimmy Kimmel set to host the American Music Awards. New Details &
14 Ticket Info!" dated October 7, 2008 (promoting tickets for the American Music
15 Awards at the Nokia Theater in Los Angeles, CA). True and correct copies of screen
16 shots of these posts are attached hereto a **Exhibit "9."**

17       22.    A true and correct copy of a screen shot of the Infringing Website's post
18 promoting a charity opposing California's Proposition 8 is attached hereto as **Exhibit
19 "10."**

20       23.    Quantcast is a service that provides internet website audience data to
21 online advertisers.  On September 15, 2008, my office reviewed Quantcast data
22 relating to www.perezrevenge.com.  A true and correct printout of that data is
23 attached hereto as **Exhibit "11."** This data indicates that California consumers visit
24 the Infringing Website more than residents from any other state.  21.05% of the
25 Infringing Website's visitors are from California.  That is, there are more than twice
26 as many California visitors as New York visitors.  19.82% of unique cookies from the
27 Infringing website are placed on the computers in California.  The Infringing

28

DECLARATION OF BRYAN J. FREEDMAN IN OPPOSITION TO: 1)
DEFENDANT ELIZABETH SILVER'S MOTION FOR ATTORNEY FEES AND
SANCTIONS; AND 2) DEFENDANT ELIZABETH SILVER'S CROSS-MOTION

1  Website places more cookies on California computers than on New York and New
2  Jersey computers combined.

3  **The Similarity of the Marks.**

4       24.    Attached hereto as **Exhibit "12,"** is a true and correct copy of the
5  specimens Infuse submitted to the United States Patent and Trademark Office ("USPT
6  Office") to register "perezrevenge."

7       25.    Attached hereto as **Exhibit "13,"** are true and correct copies of screen
8  shots of the Infringing Website dated July 21, 25, and 29, 2008.  These screen shots
9  provide examples of Infuse's constant use of the "Perezrevenge" logo on the
10  Infringing Website. This includes "Perez Hilton" and "Perez TV."

11       26.    Attached hereto as **Exhibit "14,"** are true and correct copies of printouts
12  from Plaintiff's website, www.perezhilton.com.  These printouts identify Plaintiff's
13  use of "Perez" and "Perez Hilton" marks on his website.

14       27.    In July 2008, defendants reached out to California to promote the
15  Infringing Website by spamming Plaintiff's website www.perezhilton.com.
16  Screenshots of Plaintiff's website are attached hereto as **Exhibit "15."**

17  **The New York Matter**

18       28.    On January 22, 2008m the day after this matter was filed, Silver filed her
19  own complaint against Plaintiff in the United States District Court for the Southern
20  District of New York (the "New York Matter").  Silver is currently on her Second
21  Amended Complaint in the New York Matter.

22       29.    Since filing the New York Matter, Silver has inundated Plaintiff and
23  Plaintiff's website's Internet Service Provider ("ISP") with Digital Millennium
24  Copyright Act Notices of Infringement notices falsely claiming that Silver owns
25  copyrights in approximately 142 celebrity news stories posted on the Infringing
26  Website.  Silver claims that Plaintiff infringed on those phantom copyrights by
27  merely reporting on the same celebrity news.

28
8
DECLARATION OF BRYAN J. FREEDMAN IN OPPOSITION TO: 1)
DEFENDANT ELIZABETH SILVER'S MOTION FOR ATTORNEY FEES AND
SANCTIONS; AND 2) DEFENDANT ELIZABETH SILVER'S CROSS-MOTION

1      30.  In December 2008, Silver moved for a preliminary injunction in the New

2  York matter to enjoin the Plaintiff's alleged infringement of Silver's alleged

3  copyrights in over 200 news stories.

4      31.  On January 7, 2009, United States Magistrate Judge Debra Freeman

5  issued a report and recommendation denying Silver's motion for a preliminary

6  injunction. A true and correct copy of Magistrate Freeman's report and

7  recommendation is attached hereto as **Exhibit "16."** Magistrate Freeman criticized

8  Silver's claims, indicating that "Plaintiff [Silver] has not shown on her motion – and

9  it appears that she cannot show – that she is likely to prevail on the merits of her

10  copyright claim." (*See* Report and Recommendation, p. 7). Magistrate Freeman

11  further rejected Silver's copyright claims by stating that "Moreover, even if the Court

12  were to find that Plaintiff's [Silver's] work is protected by registered copyrights,

13  Plaintiff [Silver] has not provided evidence capable of establishing an inference of

14  illegal copying as to any original element of her work. The vast body of Plaintiff's

15  [Silver] published work consists of facts and news items compiled on her website.

16  The facts that Plaintiff [Silver] has compiled on her website are, by definition, not

17  original and are not protected by copyright. *Feist Publ'ns, Inc.,* 499 U.S. at 350-51.

18  Thus, **as a matter of law, Plaintiff's allegations that Defendant posted blog**

19  **entries containing facts that had been previously published by Plaintiff cannot**

20  **support a claim for copyright infringement**." (*See* Report and Recommendation, p.

21  8) (emphasis added).

22      32.  Despite this Courts' order dated November 19, 2008, and in light on the

23  fact that Plaintiff was subject to jurisdiction in California, Plaintiff decided to dismiss

24  the California action against Silver and Rogers. In doing so, Plaintiff sought to avoid

25  the costs of opposing Silver and Rogers' motion to dismiss and a potential two front

26  battle. Moreover, as a practical matter, Plaintiff would not have had ample time to

27

28

9

1  actually conduct jurisdictional discovery between November 18, 2008, and December

2  1, 2008, especially in light of the Thanksgiving holiday.

3     33.    On or about December 23, 2008, Plaintiff filed another action in the

4  United States District Court for the Southern District of New York against Infuse,

5  Silver, and Rogers. This action has been consolidated with the New York Matter.

6  Though Plaintiff seeks the same relief against Silver and Rogers in the new York

7  Matter as he was seeking in this action, Plaintiff has not alleged the same causes of

8  action against Infuse.  Rather, in the New York Matter, Plaintiff alleges causes of

9  action for Copyright Infringement and violation of the Digital Millennium Copyright

10  Act against Infuse.

11     34.    Infuse has failed to appear by counsel in the New York Matter.

12     I declare under penalty and perjury under the laws of the United States of the

13  foregoing is true and correct.

14     Executed this 2nd day of February, 2009, at Los Angeles, California.

15

16

17                                              Bryan J. Freedman, Esq.

18

19

20

21

22

23

24

25

26

27

28
                                              10
      DECLARATION OF BRYAN J. FREEDMAN IN OPPOSITION TO: 1)
      DEFENDANT ELIZABETH SILVER'S MOTION FOR ATTORNEY FEES AND
      SANCTIONS; AND 2) DEFENDANT ELIZABETH SILVER'S CROSS-MOTION

EXHIBIT "1"

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CIVIL MINUTES - GENERAL

Send

Case No.   CV 08-04764                      Date:   August 20, 2008

Title:   *Lavandeira   v.   Infuse   LLC,   et   al.*
=========================================================================
PRESENT:        THE HONORABLE GEORGE P. SCHIAVELLI,   JUDGE

            Jake Yerke                        Not Present
          Courtroom Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT DEFENDANTS:

Not Present                           Not Present

PROCEEDINGS:    Order Setting Status Conference Re: Representation
                (In Chambers)

    On August 13, 2008, Defendant Elizabeth Silver, pro se, attempted to
file a motion, on behalf of herself[1] and Defendant Infuse LLC, for an
extension of time to respond to the complaint filed on July 21, 2008.
However, the papers failed to comply with Federal Rule of Civil Procedure 7
and Local Rules 7-3, 7-4, and 7-7, regarding the filing of motions and
supporting evidence.

    Moreover, while Defendant Silver may represent herself, she may not
represent corporate Defendant Infuse LLC. *See* Local Rule 83-2.5.1; *see also*
*Foley v. Allied Interstate, Inc.*, 312 F. Supp. 2d 1279, 1283 (C.D. Cal.
2004), *citing In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972). Therefore,
the Court hereby sets a status conference re: representation for **September 8,
2008 at 11:00 a.m.** No default is to be entered prior to that time.

IT IS SO ORDERED.

_____

    [1] The complaint identifies Defendant as Elizabeth Silver-
Fagan aka Elizabeth Fagan.

MINUTES FORM 11                       Initials of Deputy Clerk_JY___
CIVIL - GEN

Exhibit "2"

UNITED STATES DISTRICT COURT                    Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CIVIL MINUTES - GENERAL

Case No.  CV 08-04764-GPS(AJWx)                    Date:  _August 27, 2008_

Title:   _Lavandeira   v.   Infuse   LLC,   et   al._
================================================================================
PRESENT:       THE HONORABLE GEORGE P. SCHIAVELLI,    JUDGE

        Jake Yerke                           Not Present
        Courtroom Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT DEFENDANTS:

Not Present                             Not Present

PROCEEDINGS:   Order Setting Status Conference Re: Representation and Related
               Pending Action
               (In Chambers)

     On July 21, 2008, Plaintiff Mario Lavandeira brought suit in this Court
against Defendants Infuse LLC ("Infuse"), Margie Rogers, Elizabeth Silver-
Fagan, and Does 1 through 10.  The following day, Defendant Elizabeth Silver
filed her own complaint against Plaintiff in the United States District Court
for the Southern District of New York (the "New York matter").

     On August 13, 2008, Defendant Elizabeth Silver, pro se, attempted to
file a motion, on behalf of herself[1] and Defendant Infuse LLC, for an
extension of time to respond to the July 21 complaint.  However, the papers
failed to comply with Federal Rule of Civil Procedure 7 and Local Rules 7-3,
7-4, and 7-7, regarding the filing of motions and supporting evidence.
Noting that Defendant Silver may not not represent corporate Defendant Infuse
LLC, see Local Rule 83-2.5.1, on August 20, 2008, the Court ordered all
parties to attend status conference re: representation for September 8, 2008.

     On August 25, 2008, Defendant Elizabeth Silver, pro se, again attempted
to file the same motion, setting a hearing date of September 15, 2008, again
on behalf of herself and Infuse LLC.  The filings attempted to comply with
the Local Rules.  However, they failed to take notice of this Court's earlier
order, in violation of Local Rule 7-17,  nor did they sufficiently address
the issue of representation for Defendant Infuse LLC.  Defendant Margaret
Rogers, pro se, attempted to file a nearly identical motion.

_____

     [1] The complaint identifies Defendant as Elizabeth Silver-
Fagan aka Elizabeth Fagan.

MINUTES FORM 11                         Initials of Deputy Clerk_JY___
CIVIL - GEN

Given Defendants *pro se* status, the Court also points out to Ms. Silver, that, according to the docket she has submitted, Magistrate Freeman in the Southern District of New York will not be hearing Mr. Lavandeira's motion to dismiss that action until October 17, 2008. The only matter under submission there involves a request for injunctive release related to Defendants' internet posting of Mr. Lavandeira's home address.

Given that the action before this Court was filed before Ms. Silver filed her action in New York, the Court sees no reason to wait several months before addressing the representation issue in this case. *See Inherent.com v. Martindale-Hubbell*, 420 F. Supp.2d 1093, 1097 (N.D. Cal. 2006) (discussing the first-to-file rule).

The Court will consider these motions as a motion to continue the September 8 status conference until September 15. The Court **CONTINUES** the September 8 conference and **ORDERS** all parties to attend a status conference re: representation and the pending related action on **September 15, 2008 at 11:00 am.** The Court expects all parties to be able to inform it of any updates on the New York matter at that time.

IT IS SO ORDERED.

MINUTES FORM 11
CIVIL - GEN

Initials of Deputy Clerk_JY___

# Exhibit "3"

UNITED STATES DISTRICT COURT                    Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CIVIL MINUTES - GENERAL

Case No.   CV 08-04764-GPS(AJWx)                    Date:   September 26, 2008

Title:   _Lavandeira   v.   Infuse   LLC,   et   al._
=============================================================================
PRESENT:          THE HONORABLE GEORGE P. SCHIAVELLI,   JUDGE

            Jake Yerke                          Rosalyn Adams
          Courtroom Clerk                       Court Reporter

ATTORNEYS FOR PLAINTIFFS:                 ATTORNEYS FOR DEFENDANTS:

Bryan J. Freedman                         Elizabeth Silver, pro se
Jesse A. Kaplan                             (telephonically)
                                          Margie Rogers, pro se
                                            (telephonically)

PROCEEDINGS:    Status Conference re: Representation
                Order Extending Time to Respond

        The Court held a status conference re: the representation of Defendant
Infuse, LLC ("Infuse").   Defendant Elizabeth Silver indicated that she did
not intend to obtain counsel for Infuse. Plaintiff shall proceed with the
entry of default as to Infuse.

        The Court **GRANTED** Defendants Silver and Margie Rogers' (the "Individual
Defendants") motions for an extension of time to respond to the complaint.
The Individual Defendants are to file responsive pleadings by **5:00 p.m. on
October 27, 2008.**

**IT IS SO ORDERED.**

                                                         :10 mins

MINUTES FORM 11                     Initials of Deputy Clerk JY
CIVIL - GEN

# Exhibit "4"

perezrevenge.com is owned by Infuse LLC
10 Ferncliff Terrace
Short Hills, NJ 07078
973.699.3380
infusellc@gmail.com
6.09.2008

## Press Release



**IEG would like to introduce the newest most innovative site to hit the World Wide Web.  The site www.perezrevenge.com is dedicated to altering the interaction between celebrities, mainstream media and the general public.**

On a personal level, it was always our intention to develop a site such as this. Our idea was quickly catapulted after an interaction that left us both emotional and concerned. At a recent event, my business partner and I were introduced to a person who has a definite place in the spotlight. We both had heard and read gossip revealing different personal opinions on this individual and their family. Having met and spoken with many celebrities, we always try to formulate our own opinion based on our personal interaction.  After spending a pleasant evening with this person and the group of their "friends", we all prepared to leave. Without revealing too many details, this person felt comfortable enough with me and in a moment of honesty, pulled me aside, with the sincerity and candor that can only be revealed when ones guard is dropped this person stated, "I hate people, I hate these people. They don't care about me. They really don't." It was not said with any malice whatsoever, but rather with the sadness and resignation a hurting, misunderstood human being. Someone who's seemingly normal life was catapulted into the spotlight due to fame. A person is somebody's child, somebody's parent, or somebody's sibling.  An individual whose choices and actions may be no different than those we would choose, and yet is consistently judged based upon scenarios and feelings associated with the situation. The sad, almost tearful eyes, and the tone of their voice, both pleading and apologetic, will forever be engraved in my heart.  We have all been misjudged and misrepresented by people in our lives, and not while living in the public spotlight.  We have all found ourselves helpless in rising above and turning a cheek.  We conceal our pain, make jokes to those

**editor@perezrevenge.com**                                    6/09/08

mx

Page 2

perezrevenge.com is owned by Infuse LLC
10 Ferncliff Terrace
Short Hills, NJ 07078
973.699.3380
infusellc@gmail.com
6.09.2008

around us and simply endure, because there has never been a way to refute what was said. That is until that day, when I realized that this was not a "celebrity" but a human being who needed a reputable outlet in which to express their view.

Our society, as a whole, has developed an innate passion for keeping up with the latest gossip and occurrences that surround most notable personalities. One of the perils of being in the spotlight is the intense scrutiny and judgment from the public that once adored you. Thanks to the internet there is no longer a pause between what really happens and what is said happens.

We have created www.perezrevenge.com as a means for celebrities to reach their audiences as fast as possible.

We are aware of the presence of mainstream media sites that report news, whose stories come mostly from "reliable" sources. The stories are often compiled by people scrambling to gather facts, references, and outsourced information. These media outlets are most certainly an integral part of any icons longevity in this industry. We are not seeking to assume their place. We are offering something that parallels the media outlet but with the celebrities voice as the narrator.

Below is an excerpt from our, *About Us* page:

Our site, www.perezrevenge.com has been created to give a positive, truthful media outlet space to celebrities, their publicists, friends, and families.

The entertainment industry is aware of the need for media presence in their lives. However, there is a difference between reporting news, and twisting the facts or just making up a story yourself.

Certain individuals have catapulted themselves into the spotlight by degrading and insulting famous individuals. They have used their sudden notoriety for the purpose of indulging their need to insult others, most likely due to the insecure feelings that one can only assume must be present. This site is not (completely) intended to take aim on any ONE specific individual. Let's be honest, that would be way too easy.

This site does aim to bring you the breaking celebrity news, before you hear it anywhere else. At the very least, hear it from a source associated directly with the story.

As much as we would love to hear possible news or events from our readers regarding celebrity spotting and dealings, we are aware that most likely, only a portion of the actual event was seen or heard by our readers. Reason being, the events leading up to or the outcome are often left to speculation.

*more*

------------------------------------

**Silver Decl. Sept. 2008 – Appendix Page 196**

Page 3

perezrevenge.com is owned by Infuse LLC
10 Ferncliff Terrace
Short Hills, NJ 07078
973.699.3380
infusellc@gmail.com
**6.09.2008**

We will only accept news from the celebrities themselves, as well as their personal publicists.
Friends and family, as dedicated and loyal as they are will not be able to submit stories at this point.
In essence, our information comes from the true source.
Just remember, there are 3 sides to every story; yours, mine and the truth.
Let the truth be told. (Not sold!!)

To Our New Friends,
We CANNOT do this without you. Our success will be measured by our ability to help the public
realize there is more to the news, than biased blogging based on an individual's personal opinion.
As charming as we may be, we NEED your help to achieve this. Publicists, we want and need to be
your new Best Friends. We want our number on speed dial, and perhaps even a coveted spot in
your Blackberry address book. Celebrities, to you we say, congratulations on your success. You have
achieved a place in society that most people only dream about. You have chosen a craft dedicated
to entertaining people. You have the right to share your stories before they become distorted and
then posted.
www.perezrevenge.com will only be able to accomplish this goal with your participation. We are open
to affiliations as well as any suggestions that you may have. We would love to have creative,
devoted people who believe in the merits of this site.



**Created by:  Margie Rogers & Liz Silver**

The trademark name PerezRevenge.com™ is owned and exclusively operated by Infuse LLC.

Contact:

Liz Silver 646.719.0003     Margie Rogers 917.288.5100

6/22/08

# Welcome to PEREZREVENGE™.com

R LIFE ★ R VOICE ★ R NICHE

Silver Decl. Sept. 2008 – Appendix Page 191

PerezRevenge™.com is committed to increasing visibility and recognition for your charity, by combining our unique presence on the internet with your charity and our exclusive celebrity affiliations. We are unique because, PerezRevenge™.com will only accept celebrities and their publicist as members, and guarantees them immunity from having their information altered or twisted in any way.

PerezRevenge™.com is the exclusive mainstream provider and singular outlet of untainted or edited official celebrity announcements and news, coming directly from the celebrities themselves. Our "Niche" can offer what no other media outlet or network can, we can offer mainstream visibility without agendas or red tape. There is no place like this on the internet, so we are able to gain readership and recognition through that distinction alone.

Our reasons for starting this site were motivated by personal experiences with people who are constantly disparaged and who are treated as though they are expendable, just for our entertainment or voyeuristic pleasures. Let's face it, celebrities are far from impoverished, and there are millions of people entranced by their lives and interested in every aspect surrounding their celebrity. We created PerezRevenge™.com so that celebrities would have a safe Niche, in which to express themselves and share information with the public. As you can see, our intentions, like yours are motivated by the distress we have seen in certain areas of our society.

With this website, we offer partnership and opportunities to designated charities and nonprofit organizations. As a company that recognizes the need for an organization to gain recognition and understanding by others to fully assist and perform at their full potential, we are devoted to using our site as a platform to do so.

Our site can offer various partnerships and opportunities for your organization. Below we have outlined some of the examples in which we can help broadcast your message and cause to a large audience that is willing to donate time, money, as well as their voices to help a cause.

PerezRevenge™.com can offer:

- Affiliation with a respected web site within the entertainment industry that is dedicated to delivering exclusive celebrity generated content and news.
- Logo placement on R Time, the "Home" page PerezRevenge™.com.
- Featured Charity/Foundation information within R Time, R Life and R Trends.
- Branding and product placement opportunities for you and your affiliates.
- Strategic placement within our site in various locations and on various pages.

The trademark name PerezRevenge.com™ is owned and exclusively operated by Infuse LLC.

Contact:

-----------------------------------

Liz Silver 646.719.0003   Margie Rogers 917.288.5100

# Exhibit "5"

Sponsored Links

**Celebrity Photos**
Check Out The Gallery Of Star Pics At The Official Hollywood Site!
www.Hollywood.com

**Celebrity Resorts Nevada**
Get Our Low Rate Guarantee, Plus Enjoy First Class Amenities &
More!
www.Bookit.com

User Shortcuts:

| People ▼    Search

Home    Browse    Find People    Forums    Music    MySpaceTV    More ▼                    Sign Up

**Perez Revenge Fans**
                "R Life. R Voice. R Niche."



Female
25 years old
LOS ANGELES, California
United States

Last Login: 7/8/2008

View My: Pics |
Videos

**Contacting Perez Revenge Fans**

✉ Send Message          ✉ Forward to Friend

⌂ Add to Friends        ☑ Add to Favorites

☎ IM / Call             ⊗ Block User

⊞ Add to Group          ⊕ Rank User

**MySpace URL:**
http://www.myspace.com/perezrevengefans

**Perez Revenge Fans's Interests**

General        HOLLYWOOD.
               CELEBRITIES. THE
               TRUTH.

Music



                                        0:55 / 4:29

Movies         ANY AND ALL. ( GIVE US
               ONE OF YOUR
               FAVORITES SO WE CAN
               ADD IT HERE ! )

Television     ANY AND ALL. ( GIVE US
               ONE OF YOUR
               FAVORITES SO WE CAN
               ADD IT HERE ! )

Books          ANY AND ALL. ( GIVE US
               ONE OF YOUR
               FAVORITES SO WE CAN
               ADD IT HERE ! )

Heroes         TELL US WHO INSPIRES
               YOU, WE WILL POST IT
               HERE!

**Perez Revenge Fans's Details**

Perez Revenge Fans is in your extended network

Perez Revenge Fans's Latest Blog Entry [Subscribe to this Blog]

FILL IN THE BLANK............................ (view more)

Letter From the Editor (view more)

PEREZREVENGE.COM  (view more)

[View All Blog Entries]

**Perez Revenge Fans's Blurbs**

About me:
www.perezrevenge.com™ is a website dedicated to giving
celebrities, their publicists, friends, and families a platform in
which they can openly "speak". Perezrevenge.com™ is a
neutral territory that operates without a hidden or private
agenda; it is simply a forum open to the collective group of
individuals our society has dubbed "celebrity".
These "celebrities" and their chosen publicists have never had
a single, unified outlet from which to be heard and seen. This
site will bring you celebrity lifestyle and news, from the people
who know it best. For more information or to get involved,
PLEASE visit our website : http://www.perezrevenge.com or
write to editor@perezrevenge.com. Get ready everyone, it's
coming!!

Who I'd like to meet:
ALL OF YOU WHO AGREE!! LOOK AT OUR BLOGS FOR A
CHANCE TO DOODLE OR FILL IN THE BLANKS.
AHHHHH......REVENGE, WELL PEREZREVENGE.COM !!!!

**Perez Revenge Fans's Friend Space (Top 1)**

Perez Revenge Fans has 1 friends.

www.perezreve
nge.com



View Perez Revenge Fans's Friends: All | Online | New

**Perez Revenge Fans's Friends Comments**

Add Comment

Case 2:08-cv-04764-GAF-AJW   Document 60   Filed 02/03/09   Page 26 of 49   Page ID #:690

| | |
|---|---|
| **Status:** | Single |
| **Here for:** | Networking, Dating, Serious Relationships, Friends |
| **Zodiac Sign:** | Leo |

About | FAQ | Terms | Privacy Policy | Safety Tips | Contact MySpace | Report Abuse | Advertise | MySpace International | MySpace Latino

©2003-2008 MySpace.com. All Rights Reserved.

  

Make your memories better!

**GET STARTED**

photo editing starts at 99¢

< Back

MySpace.com | rss | sign in | sign out

**Perez Revenge Fans**



**Last Updated:**
Jun 21, 2008
Send Message
Instant Message
Email to a Friend
Subscribe

**Gender:** Female
**Status:** Single
**Age:** 25
**Sign:** Leo

**City:** LOS ANGELES
**State:** California
**Country:** US

**Signup Date:**
06/20/08

**My Blog Groups**

Browse Blog Groups

**My Subscriptions**
- no subscription -

Sponsored Links

# Get Gorgeous Girls

**June 21, 2008 - Saturday**

**Letter From the Editor**

**Current mood:**  triumphant

Letter from the editor:

I would like to take this time to welcome everyone to the Myspace page for PerezRevenge.com™. It is with much diligence and perseverance that we are able to bring you the newest, most innovative site for individuals with an interest for their favorite celebrities. The reason PerezRevenge.com™ is able to stand apart from the general mass media organizations is also our reason for launching the site. PerezRevenge.com™ is a website that brings its readers celebrity driven content. It is information that is not based on speculation or agendas. Everything on the website is EXCLUSIVE celebrity written content. The blogs, both written and video are provided and intended for use on our site. The press releases and announcements come directly from the celebrities themselves or a designated publicist.

It is for these reasons that our readers will find that they can get up to date information, news, interviews, and content at PerezRevenge.com™ that they cannot get anywhere else. The reason for offering this site to the public and all notable personalities is simple. THERE IS NEED FOR IT. Always has been, Always will be. Thank you for coming. Enjoy the reading. Welcome to R World.

Thankfully Yours,

The Editor

M

**4:54 AM** - 0 Comments - 0 Kudos - **Add Comment** -
 SHARE

Case 2:08-cv-04764-GAF-AJW Document 60 Filed 02/03/09 Page 28 of 49 Page ID #:692

**Now**

Hooking Has

Never Been

Easier

Completely

Free For

MySpace

Users!

www.date-hook-
up.com/free-
myspace

**About** | **FAQ** | **Terms** | **Privacy:** | **Safety Tips** | **Contact Myspace** | **Posted by** | **Promote** | **Advertise** | **MySpaceShop**

©2003-2007 MySpace.com. All Rights Reserved.

 

< Back

MySpace.com | rss | sign in | sign out

**Perez Revenge Fans**



June 21, 2008 - Saturday

**PEREZREVENGE.COM**

Current mood:    accomplished

IEG would like to introduce the newest most innovative site to hit the World Wide Web.  The site www.perezrevenge.com™ is dedicated to altering the interaction between celebrities, mainstream media and the general public.

**Last Updated:**
Jun 21, 2008
Send Message
Instant Message
Email to a Friend
Subscribe

On a personal level, it was always our intention to develop a site such as this. Our idea was quickly catapulted after an interaction that left us both emotional and concerned. At a recent event, my business partner and I were introduced to a person who has a definite place in the spotlight. We both had heard and read gossip revealing different personal opinions on this individual and their family.  Having met and spoken with many celebrities, we always try to formulate our own opinion based on our personal interaction.  After spending a pleasant evening with this person and a group of their "friends", we all prepared to leave. Without revealing too many details, this person felt comfortable enough with us and in a moment of honesty, pulled us aside, with the sincerity and candor that can only be revealed when ones guard is dropped this person stated, "I hate people, I hate these people. They don't care about me. They really don't." It was not said with any malice whatsoever, but rather with the sadness and resignation of a hurting, misunderstood human being. Someone who's seemingly normal life was catapulted into the spotlight due to fame. An individual whose choices and actions may be no different than those we would make, and yet is consistently judged based upon some set of preordained rules. The sad, almost tearful eyes, and the tone of their voice, both pleading and apologetic, will forever be engraved in our hearts.

**Gender:** Female
**Status:** Single
**Age:** 25
**Sign:** Leo

**City:** LOS ANGELES
**State:** California
**Country:** US

**Signup Date:**
06/20/08

**My Blog Groups**

Browse Blog Groups

**My Subscriptions**
- no subscription
-

Sponsored Links

**Find A**

**Girl For**

**Tonight**

Chat, Flirt,

Meet Up

Now.

Completely

Free For

MySpace

Users!

www.date-hook-
up.com/free-
myspace

We have all been misjudged and misrepresented by people in our lives, and not while living in the public spotlight. We have all found ourselves helpless because there has never been a way to refute what was said. That is until that day, when we realized that this was not a "celebrity" but a human being who needed a reputable outlet in which to express their view.

Our society, as a whole, has developed an innate passion for keeping up with the latest gossip and occurrences that surround most notable personalities. One of the perils of being in the spotlight is the intense scrutiny and judgment from the public that once adored you. Thanks to the internet there is no longer a pause between what really happens and what is said happens.

We have created www.perezrevenge.com™ as a means for celebrities to reach their audiences as fast as possible. We are aware of the presence of mainstream media sites that report news, whose stories come mostly from "reliable" sources. The stories are often compiled by people scrambling to gather facts, references, and outsourced information. These media outlets are most certainly an integral part of any icons longevity in this industry. We are not seeking to assume their place. We are offering something that parallels the media outlet but with the celebrities voice as the narrator. And the web site the neutral zone without any agenda.

The entertainment industry is aware of the need for media presence in their lives. However, there is a difference between reporting news, and twisting the facts or just making up a story yourself.

Certain Individuals have catapulted themselves into the spotlight by degrading and insulting famous individuals. They have used their sudden notoriety for the purpose of indulging their need to insult others, most likely due to the insecure feelings that one can only assume must be present. This site is not (completely) intended to take aim on any

ONE specific individual. Let's be honest, that would be way too easy.

This site does aim to bring you the breaking celebrity news, before you hear it anywhere else. At the very least, hear it from a source associated directly with the story.

As much as we would love to hear possible news or events from our readers regarding celebrity spotting and dealings, we are aware that most likely, only a portion of the actual event was seen or heard by our readers.  Reason being, the events leading up to or the outcome are often left to speculation.

We will only accept news from the celebrities themselves, as well as their personal publicists, friends and family. In essence, our information comes from the true source.

To Our New Friends,

We CANNOT do this without you. Our success will be measured by our ability to help the public realize there is more to the news, than biased blogging based on an individual's personal opinion. As charming as we may be, we are not "the" celebrity; we NEED your help to achieve this. Publicists, we want and need to be your new Best Friends. We want our number on speed dial, and perhaps even a coveted spot in your Blackberry address book. Celebrities, to you we say, congratulations on your success. You have achieved a place in society that most people only dream about. You have chosen a craft dedicated to entertaining people. You have the right to share your stories before they become distorted and then posted.
www.perezrevenge.com™ will only be able accomplish this goal with your participation.

We are open to affiliations as well as any suggestions that

Case 2:08-cv-04764-GAF-AJW   Document 60   Filed 02/03/09   Page 32 of 49   Page ID #:696

you may have. We would love to have creative, devoted
people who believe in the merits of this site.

"Our society as whole bases perfection on images depicted in mainstream media.
We have learned to associate perfection by others standards. Those standards are
established by our cultural phenomenon with all things "pop culture". So many of
our youth idolize celebrities, they admire them, aspire to be like them, and
emulate them. When the media criticizes and belittles one of these public figures,
the affect can be detrimental. A prime example of this is a site such as
www.perezhilton.com, which reaches the single most impressionable
demographic. It is unfair to assume that this age group can correctly differentiate
between truth and creative journalism or opinion." - S. Silver, LCSW

**4:54 AM - 0 Comments - 0 Kudos - Add Comment -**
☐ SHARE  ⚫ 🖼 🖿

**About | FAQ | Terms | Privacy: | Safety Tips | Contact Myspace | Posted by | Promote | Advertise
| MySpaceShop**

©2003-2007 MySpace.com. All Rights Reserved.

# Exhibit "6"





...has been in desperate need of a forum dedicated to the truth, and respected on the internet.

The time has come for Hollywood to strike back, for Hollywood to take charge of the flow of information made available to the public. The excessive amount of questionable and damaging information being leaked on the internet needs to be refuted.

Liz on the right.

The number of spurious and libelous sites relying on rumor and scandal as a way to gain readership is out of hand.

The damage to careers and relationships has escalated at an alarming level. The websites living off rumor and libel seem to do so with complete immunity from the law. These sites have instilled fear, 'if you answer in a personal truthful way directly to those creating the lies, the punishment is an escalation in slander and libel.'

If you try to "kiss ass" and befriend the one doing the damage, you tend to suffer worse after time has gone by. The only way to end the abuse by these websites is fight back with the truth and to gain the trust and respect from the public that the articles and information being posted is coming from the source.

Let people form opinions after hearing the facts. Don't allow jealous talentless bloggers to create or form negative opinions for the public and young teens.

And so, that is where PerezRevenge™.com comes in.

In just a few short months we have become a trusted website, and in a few more we will see the Hollywood community's support for us grow and become a force to be reckoned. With the strength our numbers invoke, the offending websites and their connected television shows will be diluted and in time either change or fade away.

A great way to join with your peers, and open a line of communication with me is to simply email: liz@perezrevenge.com I am the only one seeing and reading these emails. Our 'friends' do not need to be revealed.

Send all questions, ideas and submissions to publisher

# Exhibit "7"



Username

E-mail

First Name:

Last Name:

About Yourself:

Share a little biographical information to fill out your profile. This may be shown publicly.

Password:

Confirm Password:

Disclaimer

PLEASE READ BEFORE YOU PROCEED! Your use of this World Wide Web Site (the "Web Site") is
subject to the following conditions and restrictions of use (the "Conditions"). You agree to the
Conditions by accessing this Web Site or accepting the information from this Web Site.
Copyright Information All images on PerezRevenge.com™ are readily available in various places
on the Internet and believed to be in public domain. Images posted are believed to be posted
within our rights according to the U.S. Copyright Fair Use Act (title 17, U.S. Code.) Claims of
Infringement If you believe that any content appearing on perezrevenge.com™ infringes on
your copyright, please let us know. E-Mail us at: legal@perezrevenge.com following

information to us and the infringing material will be removed as soon as possible. (a) your name, address, telephone number, and e-mail address; (b) a description of the copyrighted work that you claim has been infringed; (c) the exact URL or a description of each place where alleged infringing material is located; (d) a statement by you that you have a good faith belief that the disputed use has not been authorized by you, your agent, or the law; (e) your electronic or physical signature or the electronic or physical signature of the person authorized to act on your behalf; and (f) a statement by you made under penalty of perjury, that the information in your notice is accurate, that you are the copyright owner or authorized to act on the copyright owner's behalf Please also note that under Section 512(f) of the Copyright Act any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability. ☐ Accept the Disclaimer

License Agreement
Welcome to PerezRevenge.com™! PerezRevenge.com™ provides its services to you subject to the following conditions. If you visit PerezRevenge.com™, you accept these conditions. Please read them carefully. PRIVACY Please review our Privacy Notice, which also governs your visit to PerezRevenge.com™, to understand our practices. ELECTRONIC COMMUNICATIONS When you visit PerezRevenge.com™ or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on this site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing. COPYRIGHT All content included on this site, such as text, graphics, logos, button icons, images, audio clips, digital downloads, data compilations, and software, is the property of PerezRevenge.com™ or its content suppliers and protected by United States and international copyright laws. The compilation of all content on this site is the exclusive property of PerezRevenge.com™ and protected by U.S. and international copyright laws. All software used on this site is the property of PerezRevenge.com™ or its software suppliers and protected by United States and international copyright laws. TRADEMARKS Perez Revenge™, PEREZREVENGE.COM™ and other website graphics, logos, page headers, button icons, scripts, and service names are trademarks, registered trademarks or trade dress of PerezRevenge.com™ or its affiliates in the U.S. and/or other countries. PerezRevenge.com™'s trademarks and trade dress may not be used in connection with any product or service that is not Perez Revenge™'s, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits PerezRevenge.com™. All other trademarks not owned by PerezRevenge.com™ or its affiliates that appear on this site are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by PerezRevenge.com™ or its affiliates. LICENSE AND SITE ACCESS PerezRevenge.com™ grants you a limited license to access and make personal use of this site and not to download (other than page caching) or modify it, or any portion of it, except with express written consent of PerezRevenge.com™. This license does not include any resale or commercial use of this site or its contents; any collection and use of any product listings, descriptions, or prices; any derivative use of this site or its contents; any downloading or copying of account information for the benefit of another merchant; or any use of data mining, robots, or similar data gathering and extraction tools. This site or any portion of this site may not be reproduced, duplicated, copied, sold, resold, visited, or otherwise exploited for any commercial purpose without express written consent of PerezRevenge.com™. You may not frame or utilize framing techniques to enclose any trademark, logo, or other proprietary information (including images, text, page layout, or form) of PerezRevenge.com™ and our affiliates without express written

consent. You may not use any meta tags or any other "hidden text" utilizing PerezRevenge.com's name or trademarks without the express written consent of PerezRevenge.com™. Any unauthorized use terminates the permission or license granted by PerezRevenge.com™. You are granted a limited, revocable, and nonexclusive right to create a hyperlink to the home page of PerezRevenge.com™ so long as the link does not portray PerezRevenge.com™, its affiliates, or their products or services in a false, misleading, derogatory, or otherwise offensive matter. You may not use any PerezRevenge.com™ logo or other proprietary graphic or trademark as part of the link without express written permission. YOUR ACCOUNT If you use this site, you are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer, and you agree to accept responsibility for all activities that occur under your account or password. PerezRevenge.com™ does NOT sell products for children, but it does sell them to adults, who can purchase with a credit card. PerezRevenge.com™ and its affiliates reserve the right to refuse service, terminate accounts, remove or edit content, or cancel orders in their sole discretion. REVIEWS, COMMENTS, COMMUNICATIONS, AND OTHER CONTENT Visitors may post reviews, comments, and other content; and submit suggestions, ideas, comments, questions, or other information, so long as the content is not illegal, obscene, threatening, defamatory, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam." You may not use a false e-mail address, impersonate any person or entity, or otherwise mislead as to the origin of a card or other content. PerezRevenge.com™ reserves the right (but not the obligation) to remove or edit such content, but does not regularly review posted content. If you do post content or submit material, including emails sent to official email addresses of PerezRevenge.com™, Perez Revenge™ or their agents, employees, affiliates or assigns, and unless we indicate otherwise, you grant PerezRevenge.com™ and its affiliates a nonexclusive, royalty-free, perpetual, irrevocable, and fully sublicensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant PerezRevenge.com™ and its affiliates and sublicensees the right to use the name that you submit in connection with such content, if they choose. You represent and warrant that you own or otherwise control all of the rights to the content that you post; that the content is accurate; that use of the content you supply does not violate this policy and will not cause injury to any person or entity; and that you will indemnify PerezRevenge.com™ or its affiliates for all claims resulting from content you supply. PerezRevenge.com™ has the right but not the obligation to monitor and edit or remove any activity or content. PerezRevenge.com™ takes no responsibility and assumes no liability for any content posted by you or any third party. FORUMS PerezRevenge.com™ may make certain forums available that allow registered users and visitors the opportunity to participate in moderated discussions and to post information on bulletin boards (collectively "Forums"). All participants in these Forums are solely responsible for the information and other content post on and through these Forums and should be aware that when they voluntarily disclose personal information on or through these Forums, that such information is generally accessible to and may be collected and used by other participants and may result in unsolicited online and offline messages from such viewers. Participants in these Forums are encouraged to exercise discretion when providing personal information about themselves in and through Forums. COPYRIGHT COMPLAINTS PerezRevenge.com™ and its affiliates respect the intellectual property of others. If you believe that your work has been copied in a way that constitutes copyright infringement, please contact us immediately so that we may work with you to resolve the

situation. RISK OF LOSS All items purchased from Perezrevenge.com™ are made pursuant to a shipment contract. This means that the risk of loss and title for such items pass to you upon our delivery to the carrier. PRODUCT DESCRIPTIONS PerezRevenge.com™ and its affiliates attempt to be as accurate as possible. However, PerezRevenge.com™ does not warrant that product descriptions or other content of this site is accurate, complete, reliable, current, or error–free. NO ENDORESEMENTS PerezRevenge.com™ does not represent or warrant the truthfulness, accuracy or reliability of any material posted by others on or through the website, nor does PerezRevenge.com™ endorse any opinions expressed by participants in forums or users of the website. Visitors, users, and participants alike acknowledge that any reliance on material posted by others will be at their own risk. Any content placed on any discussion area are the views of the user posting the statement, and do not represent the views of PerezRevenge.com™. APPLICABLE LAW By visiting PerezRevenge.com™, you agree that the laws of the state of New York, New Jersey and some other States that PerezRevenge.com™ does business, without regard to principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and PerezRevenge.com™ or its affiliates. DISPUTES Any dispute relating in any way to your visit to PerezRevenge.com™ or to products you purchase through PerezRevenge.com™ shall be submitted to confidential arbitration in New York or New Jersey, except that, to the extent you have in any manner violated or threatened to violate PerezRevenge.com™'s intellectual property rights, injunctive or other appropriate relief in any state or federal court in the state of New York, and you consent to exclusive jurisdiction and venue in such courts. Arbitration under this agreement shall be conducted under the rules then prevailing of the American Arbitration Association. The arbitrator's award shall be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration under this Agreement shall be joined to an arbitration involving any other party subject to this Agreement, whether through class arbitration proceedings or otherwise. SITE POLICIES, MODIFICATION, AND SEVERABILITY Please review our other policies, such as our Return Policy (posted in future) and Privacy Notice, posted on this site. These policies also govern your visit to PerezRevenge.com™. We reserve the right to make changes to our site, policies, and these Conditions of Use at any time. If any of these conditions shall be deemed invalid, void, or for any reason unenforceable, that condition shall be deemed severable and shall not affect the validity and enforceability of any remaining condition. ☐ Accept the License Agreement

Privacy Policy

PRIVACY NOTICE Last Updated: January 9, 2009 PerezRevenge.com™ respects your privacy and is committed to protecting it at all times. This Internet Privacy Notice explains how we collect, use, and safeguard information on this Website. Please read this Privacy Notice carefully. By visiting PerezRevenge.com™, you are accepting the practices described in this Privacy Notice and agree that any dispute over privacy is governed by this Privacy Notice and Conditions of Use. By continuing to use the PerezRevenge.com™ Website after we post any changes to this Privacy Notice, you accept the Privacy Notice as modified. What Personal Information About Customers Does PerezRevenge.com™ Collect? The information we learn from customers helps us personalize and continually improve your experience at PerezRevenge.com™. Here are the types of information we collect: · Information You Give Us: We receive and store any personal and financial information you enter on our Website or give us in any other way. You can choose not to provide certain information, but then you might not be able to take advantage of many of our features. We use the information that you provide for such purposes as responding to your requests, customizing future options for you, improving our Website, and communicating

with you. • Automatic Information: We receive and store certain types of information whenever you interact with us. For example, like many Websites, we use "cookies," and we obtain certain types of information when your Web browser accesses PerezRevenge.com™, including your IP address. A number of companies offer utilities designed to help you visit Websites anonymously. Although we will not be able to provide you with a personalized experience at PerezRevenge.com™ if we cannot recognize you, we want you to be aware that these tools exist. • E-mail Communications: To help us make e-mails more useful and interesting, we often receive a confirmation when you open e-mail from PerezRevenge.com™ if your computer supports such capabilities. If you do not want to receive e-mail or other mail from us, please adjust your Customer Communication Preferences accordingly. What About Cookies? Cookies are alphanumeric identifiers that we transfer to your computer's hard drive through your Web browser to enable our systems to recognize your browser and to provide features such as personalized greetings and storage of items in your Shopping Cart between visits. The Help portion of the toolbar on most browsers will tell you how to prevent your browser from accepting new cookies, how to have the browser notify you when you receive a new cookie, or how to disable cookies altogether. However, cookies allow you to take full advantage of some of PerezRevenge.com™'s coolest features, and we recommend that you leave them turned on. Does PerezRevenge.com™ Share The Information It Receives? Information about our customers is an important part of our business and we are not in the business of selling it to others. We share customer information only as described below. • Third-Party Service Providers: We employ other companies and individuals to perform functions on our behalf. Examples include fulfilling orders, delivering packages, sending postal mail and e-mail, removing repetitive information from customer lists, analyzing data, providing marketing assistance, providing search results and links (including paid listings and links), processing credit card payments, and providing customer service. They have access to personal information needed to perform their functions, but may not use it for other purposes. • Business Transfers: As we continue to develop our business, we might sell or buy stores, subsidiaries, or business units. In such transactions, customer information generally is one of the transferred business assets but remains subject to the promises made in any pre-existing Privacy Notice (unless, of course, the customer consents otherwise). Also, in the unlikely event that PerezRevenge.com™ or substantially all of its assets are acquired, customer information will of course be one of the transferred assets. • Protection of PerezRevenge.com™ and Others: We release account and other personal information when we believe release is appropriate to comply with the law; enforce or apply our Conditions of Use and other agreements; or protect the rights, property, or safety of PerezRevenge.com™, our users, or others. This includes exchanging information with other companies and organizations for fraud protection and credit risk reduction. Obviously, however, this does not include selling, renting, sharing, or otherwise disclosing personally identifiable information from customers for commercial purposes in violation of the commitments set forth in this Privacy Notice. • With Your Consent: Other than as set out above, you will receive notice when information about you might go to third parties, and you will have an opportunity to choose not to share the information. How Secure Is Information About Me? • We work to protect the security of your information during transmission by using Secure Sockets Layer (SSL) software, which encrypts information you input. • We reveal only the last five digits of your credit card numbers when confirming an order. Of course, we transmit the entire credit card number to the appropriate credit card company during order processing. • It is important for you to protect against unauthorized access to your password and to your computer. Be sure to sign off when finished using a shared computer. What Information Can I Access? PerezRevenge.com™ gives you access to a broad range of information about your

account and your interactions with PerezRevenge.com for the limited purpose of viewing and, in certain cases, updating that information. The list of information you can access will change as our Website evolves. Are Children Allowed To Use PerezRevenge.com™? PerezRevenge.com™ does NOT sell products for purchase by children. Conditions Of Use, Notices, And Revisions If you choose to visit PerezRevenge.com™, your visit and any dispute over privacy is subject to this Notice and our Conditions of Use, including limitations on damages, arbitration of disputes, and application of the law of the state of New York/New Jersey if you have any concern about privacy at PerezRevenge.com™, please contact us with a thorough description, and we will try to resolve it. Our business changes constantly, and our Privacy Notice and the Conditions of Use will change also. We may e-mail periodic reminders of our notices and conditions, unless you have instructed us not to, but you should check our Website frequently to see recent changes. Unless stated otherwise, our current Privacy Notice applies to all information that we have about you and your account. We stand behind the promises we make, however, and will never materially change our policies and practices to make them less protective of customer information collected in the past without the consent of affected customers. ☐ Accept the Privacy Policy

Validation Image:

8eZF0

Enter the text from the image.

A password will be e-mailed to you.

Register

Log in | Lost your password?

# Exhibit "8"







the devoted mother of six plays a woman desperate to be reunited with her kidnapped son in the upcoming Clint Eastwood film.

She says her character's strength grew from the close relationship she shared with her own mother before her death in January 2007.

She says, *"My mother would ...click here to read more*

# 'Sons of Anarchy' goes for another round.

Posted by Gini at 1:06pm on Tuesday, October 7th, 2008

**Topics:** T.V. Series, TV, The Biz

🗩 No Comment

FX has picked up "Sons of Anarchy" for a second season.

The motorcycle-club drama has been given a 13-episode order for its sophomore run, with stars Charlie Hunnam, Katey Sagal and Ron Perlman on board.

While the first-run episodes of the drama are only performing modestly. On a weekly basis, "Sons of Anarchy" is *...click here to read more*

you have to say. We would love to have guest bloggers come write a post to share their feeling or opinions. Please do not hesitate to contact us with questions, comments or work that you would like posted. Thank you to everyone for your overwhelming support. Please continue to visit us. With your help we can change all of this. info@perezrevenge.com

Which celebrity does everything so that their address is NEVER known? Not because of fans or paparazzi, but because they fear the law?? He is such a Mommas Boy, he moved his mom and sis into a unit in the same complex.



especially with a charity like this, I will," Paltrow told WWD. "I read about the charity and how aggressively they are trying to find a cure, not only for women's...

As of 2007, the charity that started more then 8 years ago brings together the Saks Fifth Avenue charity shopping event, the company, as well as vendors and partners. Key to the Cure has raised more then $23 million, benefiting more then 50 charitable programs dedicated to finding new detection methods, treatments and, hopefully, a cure for women's cancers through EIF's Women's Cancer Research Fund.

Gwenyth Paltrow - image
courtesy WENN

## You can't get blood from a Stone, but you can from a 'Rock'...

Posted in Tuesday, July 29th 2008

Topics: Celeb Justice, Chris Rock   Tags: Paternity

No Comment

Chris Rock gave his blood and proved he wasn't the father of Kali Bowyer's child by DNA testing, but Kali is still insisting he is, she released press for her upcoming book "Hollywood Child" and continues to insist that Rock fathered the child...well this next line is easy..."What does she have Rocks in her head?"

Please continue to visit us. With your help we can change all of this.
info@perezrevenge.com



perezrevenge.com - no rumors, just the facts. - Microsoft Internet Explorer provided by America Online

File   Edit   View   Favorites   Tools   Help

Back

Address  http://perezrevenge.com/

Google

**Featured Videos**

Chris Rock attends 'An
Evening with Dave Chappelle
for Kevin Powell for Congress'
at Eugene New York City -
image courtesy WENN

## Stand Up To Cancer

Posted by Gini in Tuesday, July 29th 2008

**Topics:** America Ferrara, Celebrities, Charities, Christina Applegate, David Cook, TV,
The Biz

No Comment

A great cause, a great group of celebrities add their name to the growing roster of
personalities set to participate in the televised telethon to benefit **Stand Up To
Cancer.**

Celebrities on board now include, Jennifer Aniston, Christina Applegate, Lance
Armstrong, Josh Brolin, David Cook, Casey Affleck and America Ferrara. Stand Up to
Cancer, a program of the Entertainment Industry Foundation, is aimed at raising
money to speed up cancer research and bring new therapies to patients more quickly.



The FCX Clarity Fuel Cell Vehicle

See our latest dream realized.

HONDA
The Power of Dreams

F**bk Momagers, "Perez Hilton" has
a Cleanager.



