FREEDMAN & TAITELMAN, LLP
Bryan J. Freedman, Esq. (SBN 151990)
Email: bfreedman@ftllp.com
Jesse Kaplan, Esq. (SBN 255059)
Email: jkaplan@ftllp.com
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Tel: (310) 201-0005
Fax: (310) 201-0045

Attorneys for Plaintiff Mario Lavandeira, dba Perez Hilton

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LAVANDEIRA, dba PEREZ HILTON, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>INFUSE, LLC, a New Jersey Limited Liability Company d/b/a www.perezrevenge.com; MARGIE E. ROGERS; ELIZABETH SILVER-FAGAN aka ELIZABETH SILVER; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____ | **CASE NO.: CV 08-04764 GAF (AJWx)**<br><br>**SUPPLEMENTAL DECLARATION OF JESSE A. KAPLAN IN FURTHER SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER TO SHOW CAUSE RE CIVIL CONTEMPT AGAINST INFUSE, LLC, AND ELIZABETH SILVER** |

///

///

///

///

///

///

1

**SUPPLEMENTAL DECLARATION OF JESSE A. KAPLAN IN FURTHER SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER TO SHOW CAUSE RE CIVIL CONTEMPT AGAINST INFUSE, LLC, AND ELIZABETH SILVER**

## DECLARATION OF JESSE A. KAPLAN

I, Jesse A. Kaplan declare as follows:

1. I am a member of the State Bar of California and am admitted to practice before this Court. I am an associate of Freedman & Taitelman, LLP and counsel for Plaintiff Mario Lavandeira, dba Perez Hilton ("Plaintiff"). The matters stated below are based on my personal knowledge, unless noticed specifically otherwise. If called as a witness, I could and would testify competently thereto.

2. On June 29, 2009, Plaintiff filed an Application for an Order to Show Cause Re Civil Contempt Against Infuse, LLC and Elizabeth Silver (the "Application").

3. Infuse, LLC ("Infuse") and Elizabeth Silver ("Silver") have not responded to the Application.

4. To date, Infuse and Silver have failed to make any effort to transfer the www.perezrevenge.com domain name to Plaintiff despite multiple requests that they do so.

5. On or around Sunday July 12, 2009, Infuse and/or Silver launched a new website with the domain name www.rpulse.com. Infuse and/or Silver are using the www.perezrevenge.com domain name to direct viewers to the new website. That is, when I attempted to go to www.perezrevenge.com by typing that domain name into my internet browser, I was immediately re-directed to www.rpluse.com. Accordingly, Infuse and/or Silver continue to use the domain name www.perezrevenge.com to designate their internet website.

/ / /

/ / /

/ / /

/ / /

2
**SUPPLEMENTAL DECLARATION OF JESSE A. KAPLAN IN FURTHER SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER TO SHOW CAUSE RE CIVIL CONTEMPT AGAINST INFUSE, LLC, AND ELIZABETH SILVER**

I declare under penalty and perjury under the laws of the United States of the foregoing is true and correct.

Executed this 14th day of July, 2009, at Los Angeles, California.

s/ J. Kaplan  
Jesse Kaplan, Esq.

**SUPPLEMENTAL DECLARATION OF JESSE A. KAPLAN IN FURTHER SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER TO SHOW CAUSE RE CIVIL CONTEMPT AGAINST INFUSE, LLC, AND ELIZABETH SILVER**