Keith A. Fink, SBN 146841
kfink@finklawfirm.com
Olaf J. Muller, SBN 247372
omuller@finklawfirm.com
KEITH A. FINK & ASSOCIATES
11500 Olympic Boulevard, Suite 316
Los Angeles, California 90064
Tel. (310) 268-0780
Fax. (310) 268-0790

Attorneys for Defendants
INFUSE, LLC and ELIZABETH SILVER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| MARIO LAVANDEIRA D/B/A PEREZ HILTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INFUSE, LLC, a New Jersey limited liability company d/b/a www.perezrevenge.com; MARGIE E. ROGERS; ELIZABETH SILVER-FAGAN; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 08-4764 GAF (AJWx)<br><br>**DEFENDANT INFUSE, LLC AND DEFENDANT ELIZABETH SILVER'S JOINT STATEMENT OF COMPLIANCE WITH COURT ORDERS; DECLARATIONS OF OLAF J. MULLER & ELIZABETH SILVER IN SUPPORT THEREOF** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

DEFENDANT ELIZABETH SILVER ("Silver" and/or "Defendant") hereby submit the Declarations of Silver and her counsel Olaf J. Muller evidencing Silver's and DEFENDANT INFUSE, LLC'S ("Infuse" and/or "Defendant") compliance with the Court's Orders of April 28, 2009, June 18, 2009, and July 1,

1  2009, and their transfer of control of the domain name www.perezrevenge.com to
2  PLAINTIFF MARIO LAVANDEIRA D/B/A PEREZ HILTON ("Plaintiff" and/or
3  "Lavandeira").

4  
5  DATED: July 16, 2009                KEITH A. FINK & ASSOCIATES

6  
7                                      By: _____
8                                          Keith A. Fink
                                            Olaf J. Muller
9                                           Attorneys for Defendants
                                            INFUSE, LLC and ELIZABETH SILVER

- 2 -

# Declaration of Elizabeth Silver

## DECLARATION OF ELIZABETH SILVER

I, Elizabeth Silver, declare as follows:

1. I am an individual party to this suit as is my company, DEFENDANT INFUSE, LLC ("Infuse" and/or "Defendant"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have spent over a year building a regular base of approximately 30,000 unique monthly visitors from my website's inception to date by and through the regular and frequent posting of new content.

3. On or around July 15, 2009, I contacted the domain name hosting company GoDaddy.com ("GoDaddy") and setup a new account to which I transferred control and ownership the www.perezrevenge.com domain name (the "domain name"). I further provided the email address and contact info for Bryan J. Freedman ("Freedman"), counsel for PLAINTIFF MARIO LAVANDEIRA D/B/A PEREZ HILTON ("Lavandeira" and/or "Plaintiff") as the new account holder so that GoDaddy could send him the new account number, username, password, password hint, and pin number, which he could pass along to his client Lavandeira.

Pursuant to 28 U.S.C. § 1746, I declare, verify, certify, and state under penalty of perjury under the laws of the United States that the facts and statements contained above are true and accurate to the best of my knowledge, information, and belief.

//

Executed on July 16, 2009, at New York, NY.

By: _____
Elizabeth Silver

Declaration of Olaf J. Muller

## DECLARATION OF OLAF J. MULLER

I, Olaf J. Muller, declare as follows:

1. I am an attorney at the law firm of Keith A. Fink and Associates, counsel of record for DEFENDANT INFUSE, LLC ("Infuse" and/or "Defendant") and DEFENDANT ELIZABETH SILVER ("Silver" and/or "Defendant"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On or around July 16, 2009, I wrote Bryan J. Freedman ("Freedman") regarding his client PLAINTIFF MARIO LAVANDEIRA D/B/A PEREZ HILTON'S ("Plaintiff" and/or "Lavandeira") Application for Contempt against Defendants, as well as the Court's recent denial of Defendants' second Motion for Stay pending a ruling on Defendants' July 27, 2009 Motion for Reconsideration. A true and correct copy of my faxed letter is attached hereto as **Exhibit A**. In my letter, I confirm that Defendants have transferred control of the www.perezrevenge.com domain name to Lavandeira by and through his counsel Freedman, and that he should already have received email confirmation to that effect from the domain name hosting service GoDaddy.com.

Pursuant to 28 U.S.C. § 1746, I declare, verify, certify, and state under penalty of perjury under the laws of the United States that the facts and statements contained above are true and accurate to the best of my knowledge, information, and belief.

//

//

- 3 -

1 | Executed on July 16, 2009, at Los Angeles, California.

By: _____
Olaf J. Muller

Exhibit A

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 11500 W. Olympic Boulevard, Suite 316, Los Angeles, California, 90064.

On July 16, 2009, I served the document described as **DEFENDANT INFUSE, LLC AND DEFENDANT ELIZABETH SILVER'S JOINT STATEMENT OF COMPLIANCE WITH COURT ORDERS; DECLARATIONS OF OLAF J. MULLER & ELIZABETH SILVER IN SUPPORT THEREOF** on all interested parties in this action as follows:

[X] by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

Bryan J. Freedman
Jesse Kaplan
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Tel. 310-201-0005
Fax. 310-201-0045

[X] (BY MAIL) As follows: I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: July 16, 2009

Steven Vanderberg